

UNITED STATES DISTRICT
COURT FOR THE DISTRICT
OF COLOMBIA

DAVID E. HENDERSON
4835 Atlas Apt 8
El Paso, T X 79904
(915) 759-0021

Clerk, U.S. District and
Bankruptcy Courts
FILED
MAY 27 2008

Case: 1:08-cv-00888
Assigned To : Unassigned
Assign. Date : 5/27/2008
Description: PI/Malpracrice

v.

BRIDGET R. MUGRNE
Attorney at Law
9250 Red Coot Court
Colombia, MD 21045-401)

RECEIVED
APR 28 2008
Clerk, U.S. District and
Bankruptcy Courts

COMPLAINT

Plaintiff who was
foreign service officer
from the Us state
Department 1989-1981
is attempting to get   1

2

a Retroctive Medical
Retirement from state.
Ms. Mugane has
refused to give
materials for his
request since october,
1982  When Plaintiff
returned to per-sue
a Personnel Action
to give him his
job back and/or
give him a Medical
Retirement.

534-688

RECEIVED

JUDGE KATHLEEN CARDONE

UNITED STATES DISTRICT
COURT FOR Western Texas
El Paso. Division

Robert Mueller
Director FBI
10th+Constitution NW
Washington DC 20530
Defendant.

EP04CA0402

Civil Action No

vs.

08 0888

David Henderson
4635 Atlas #8
El Paso, Tx 79004
plaintiff

FILED

MAY 27 2008

Clerk, U.S. District and
Bankruptcy Courts

COMPLAINT FOR DAMAGES

In August 1993 FBI
agent sykes Houston
threatened plaintiff with
death. Enclosed is a
claim for $48,000,000 filed

**FILED**

MAY − 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| DAVID HENDERSON, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.  **06  0859** |
| | : | |
| ALBERTO GONZALES, | : | |
| Defendant. | : | |

### DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it

is

FURTHER ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

Date: April 30, 2006



Voice Mail
(512) 472-1620 Box 143

P. O. Box 684692
Austin, Texas 78788
July 4, 1993

The Honorable Janet Reno
Attorney General of the United States
U.S. Department of Justice
Tenth and Constitution, NW, Room 4400
Washington, D.C. 20530

Dear Madam Attorney General:

I refer to my letter to you of June 8 to which I have not received a reply. I am therefore resubmitting the following documents:

1. Standard Form 95, claim for damage in the amount of $12,000,000 submitted May 20, 1992 to the office of the Legal Advisor, U.S. Department of State;
2. Standard Form 95, claim for damage in the amount of $8,000,000 also submitted May 20, 1992 to the Legal Advisor, U.S. Department of State;
3. Standard Form 95, claim for damage in the amount of $20,000,000 submitted July 20, 1992 to the office of the Legal Advisor, U.S. Department of State;
4. Standard Form 95, claim for damage in the amount of $1,000,000 submitted January 29, 1991 to the office of the Legal Advisor, U.S. Department of State;
5. A more detailed explanation of the above tort claims;
6. A letter from the State Bar of California dated June 9, 1993 indicating my attorney Richard L. Robins is being disbarred. Although the disbarment involves another client it demonstrates the proof of my claim that Robins would take a bribe from the October Surprise conspirators to trash my cases and keep me from getting a court hearing.

On August 22, 1988 State Department contract background investigator Lawrence Thies attempted to bribe me with an offer of reappointment to the Foreign Service at $50,000 a year if I kept quiet about my knowledge that George Bush delayed the release of our hostages in October, 1980. Thies also threatened me with death stating that the CIA had killed my Grievance Panel member Woodrow Leake that year when Leake demanded that something be done about the October Surprise testimony in Mark Dion's December, 1980 deposition. The evidence has been removed from both the Grievance Staff and Grievance Board files and Thies took my personal copy from a North American Van Lines storage facility in Van Nuys, California in the course of his investigation. However, I believe Leake's widow probably still has a copy of this smoking gun, as it got her husband killed. Her address is not on file at



2

AID's retirement office as Thies convinced her I am a threat to her over the grievance case. Anyone interested in doing a real investigation of the October Surprise as opposed to the superficial one Congress did should get in touch with Leake's widow.

I call your attention to John Jackley's 1992 book <u>Hill Rat</u> in which he points out that October Surprise Task Force Chairman Lee Hamilton concealed the fact that an Iran-Contra witness at the Congressional hearing was a CIA agent. I wonder if the CIA has blackmailed or bribed Hamilton over the October Surprise issue as J. Edgar Hoover used to.

An FBI agent was one of the half dozen agencies listening live as the wired Thies made his 1988 bribes and threats to me. Since the issue was George Bush's treason, I am sure William Sessions knew about the tape of the conversation which the FBI and Secret Service will not give me, although a summary of it is in the Passport Office, also denied me by Stephen K. Berry of Clinton passport search fame. I am also enclosing a copy of Berry's September 28, 1992 letter to Congressman Pickle, two days before the search started for dirt in Clinton's file.

With my June 8 letter to you I enclosed a copy of the return mail receipts indicating the above claims were received by State. Within days, I had a theft from my apartment of a computer disk containing copies of my letter, as well as the envelope containing the return mail receipts. I am, therefore, requesting you give me copies under the Privacy Act of my June 8, 1993 letter to you with all the enclosures, including the copies of the return mail receipts.

Sine it is apparent that my civil rights are being violated and my life may be in danger, I also request that the FBI give me protection.

Sincerely yours

David E. Henderson

By Certified Mail No.

P.O. Box 684692
Austin, TX 78768
September 10, 1993

The Honorable Janet Reno
Attorney General of the United States
U.S. Department of Justice
Tenth & Constitution, NW, Room 4400
Washington, DC 20530

Dear Madam Attorney General:

I am an attorney and former State Department Visa Officer who was hired by the USINS to work as an amnesty adjudicator (GS-9 - Legalization Officer) on April 20, 1987. Due to the rapid staff up of the amnesty program, our background checks were not completed before we were hired. According to Milton Pins, my boss and Chief Legalization Officer in El Centro, my check turned up a record in the Passport Office that I was a terrorist who had threatened to kill "President" George Bush in 1993. Pins, who was an ardent Bush supporter, started a campaign of harassment against me, cutting off my pay for a month, denying me my medical enrollment when I needed care, and finally transferring me illegally to Escondido, a wealthy community 120 miles away, without per diem or travel expenses. Without a car and unable to find affordable housing, I was forced to resign. After two and a half months, I had not been issued an ID which the other employees had received after three weeks. I complained about my treatment to Lonnie Mendenhall, the only AFGE representative in our unit, and within two weeks of my "resignation" went to the personnel office in San Diego, saw that my job was being advertised, and attempted to reapply. I was refused cooperation and then applied for 26 other open positions for which I qualified, in Southern California, to no avail. I then entered a period of severe emotional and physical sickness.

In the course of the background investigation, a Reagan political appointee at State became aware of my whereabouts and invited me to reapply to State. He stated that the fastest way to get me back on the payroll was to hire me as a contract employee to work at the US Consulate in Hermosillo to process agricultural workers under the amnesty program. When there I was to be reinstated in the Foreign Service. The officer probably assumed I would win a pro se law suit I had filed against State on January 27, 1987 attempting to recover my job, David E. Henderson v. The U.S. Department of State, CA-0386 in the U.S. District Court for DC. I submitted some documents in June 1987 and an application and fingerprint chart in September, 1987.

In the course of the update of my security clearance, Diplomatic Security Officer Larry Thies came across the statement in my passport file that I was an emotionally



DEPARTMENT OF STATE          IS/FPC/CDR *ISA*  Date: *12/16/94*
( ✓ ) RELEASE          ( ) DECLASSIFY     MR Cases Only:
( ) EXCISE           ( ) DECLASSIFY      EO Citations _____
( ) DENY                    IN PART
( ) DELETE Non-Responsive Info      _____ TS authority to
FOIA Exemptions _____    ( ) CLASSIFY as    ( ) S or ( ) C OADR
PA  Exemptions _____    ( ) DOWNGRADE TS to ( ) S or ( ) C OADR

2

disturbed terrorist who had allegedly threatened George Bush. I had been informed that this information was there in January, 1987, by US Consul in Tijuana, Gregory Frost, who had refused to renew my passport. I have contacted Frost, who is still with State, several times, but he has not responded to my requests for assistance.

Thies also came across even more explosive information in my grievance file. At a hearing on December 1, 1980, I was falsely accused by my former supervisor, Mark Dion of leaking intelligence on George Bush and William Casey's trips to Europe in 1980 to cut a deal to delay the release of our hostages. I had confirmed the existence of the intelligence in a conversation with a CIA officer detailed to the Iran Desk and subsequently learned that a company I worked for upon leaving State, Anglo-American Aviation, had shipped F-4 airplane parts to Iran in 1981 as part of the payoff in the hostage deal.

I told this story in a talk at UCLA's School of Public Health in June, 1985, in which I examined the ballistic evidence that John Kennedy had been killed in a crossfire. I compared the JFK assassination to the October Surprise—Iran hostage release, stating that the FBI and Secret Service were complicit in both cases. I stated that George Bush would be the subject of an assassination attempt by Arab terrorists in 1993, which he "deserved" for his treason in delaying our hostages' release.

The talk was recorded by Dr. Jeffrey Wales and Dr. Paul Torrens of UCLA's faculty, who turned it over to the FBI. A summary or transcript then made its way into my passport file.

By the time I met Thies for my interview at the San Diego Public Library on August 22, 1988, the October surprise story had started to break. Unknown to me, author Barbara Honegger, starting in 1987, had made numerous radio appearances with the allegations. My interview with Thies, which had originally been scheduled for August 8, 1988, was delayed two weeks to August 22, the evening of a press conference, by Honegger at the Institute for Policy Studies in DC. Missing from the file of my background investigation are both the letter setting the August 8 meeting and the February, 1989 letter stating I could not be rehired as I had failed the background exam. The two-week delay until August 22 also gave Thies the opportunity to attempt to entrap me on drug smuggling charges, as I was driving a cab in San Diego.,

Thies came to the meeting wired live, with representatives of half a dozen agencies listening with a psychological stress evaluator. He asked me if I knew Barbara Honegger, Michael Riconosciutto, or Richard Brenneke. He became alarmed when I stated I had read about Brenneke two days before in the San Diego Union concerning his testimony at the Denver trial of Iran-Contra Pilot Adolf Rupp. Thies threatened me with arrest on drug smuggling charges, stating that the government



By Certified Mail
No.

P.O. Box 684692
Austin, Texas 78768
September 7, 1993

The Honorable Janet Reno
Attorney General of the United States
US Department of Justice, Room 4400
10th and Constitution, NW
Washington, DC 20530

Dear Madam Attorney General:

On August 12 last I was visited by US State Department Diplomatic security agents James Bryan and Peter Hargraves. The raid was ostensibly in reply to a letter I wrote their fellow agent Larry Thies urging him to repent of his part in the October Surprise cover-up. In reality the visit had the nature of a police raid with Hargraves angrily shaking his finger in my face and demanding to know if I meant any harm to Thies. Rather than contacting me through my post office box on my May 27, 1993 letter to their boss Assistant Secretary of State for Diplomatic Security, Clark Dittmer, the agents obtained my address from Texas Motor Vehicle records and made an unannounced visit. They seemed to know my routine as they showed up an hour before my 4:30 security guard job started, as I was about to go to the bus stop.

I would like to know since when the State Department's Office of Diplomatic Security had been authorized to be a domestic gestapo? You will note I have made a demand for two million dollars in damages in the enclosed letter to Warren Christopher. I would also like you to turn this case over to your civil rights division for investigation of violation of my civil rights. I am an inactive member of the Texas bar.

You will note that in my July 4 letter to you, copy enclosed, that I made a request under the Privacy Act for all the enclosures to my June 8, 1993 letter to you. This was a half-inch thick packet on the October Surprise, including copies of my return mail receipt for my December 21, 1992 Privacy Act appeal. Since State is tortiously claiming it never got the appeal, and since Clark Dittmer's agents stole the original of the receipts out of my residence in June, I repeat my request for the copies of the return mail receipts. I also repeat my request for FBI protection.

Sincerely yours

David E. Henderson

Encls:    July 4 letter to Reno
          September 7 letter to Christopher
              and attachments

DEPARTMENT OF STATE          IS/FPC/CDR 119   Date: 12/16/94
( ✓ ) RELEASE      ( ) DECLASSIFY    MR Cases Only:
( ) EXCISE         ( ) DOWNGRADE     EO Citations _____
( ) DENY                 In PART
( ) DELETE Non-Responsive Info       _____ TS authority to
FOIA Exemptions _____    ( ) CLASSIFY as    ( ) S or ( ) C OADR
PA  Exemptions _____     ( ) DOWNGRADE TS to ( ) S or ( ) C OADR

P. O. Box 684892
Austin, TX  78768
March 14, 1994

The Honorable Janet Reno
Attorney General of the United States
U.S. Department of Justice
Tenth & Constitution, NW, Room 4400
Washington, DC  20530

Dear Madam Attorney General:

       I wrote you on December 15, 1993 demanding $300 million dollars in damages from the Department of Justice for damage done to me in an attempt to silence me over the "October Surprise," and your negligence in failing to assist me.  I subsequently received the enclosed December 13 letter from James Kovakas, an attorney in charge of the Civil Division.  Mr. Kovakas' flip attitude toward my complaints evidences the arrogance of an agency that does not care how many lawsuits suits it engenders,  indeed he almost seems to be encouraging me to litigate. Further, his wiseass suggestion that if I feel U.S. Attorney Diane Sullivan's conduct violated legal or ethical standards, I should contact the Office of Professional Responsibility suggests that Kovakas may be part of the "October Surprise" coverup. I understand that the Office of Professional Responsibility is dominated by Reagan-Bush holdovers, as I gather Mr. Kovakas is.

       I am also enclosing a copy of a lawsuit I filed in U.S. District Court in Austin March 8 demanding over $100 million dollars in damages from the American Graduate School of International Management and the Texas Department of Commerce for spreading the slander of State Department Security Officer Larry Thies, that I am a drug smuggler and emotionally disturbed.  You will note that the damages clause requests treble damages under RICO.  Since State and Justice are acting like organized crime I will ask for treble damages in my lawsuit which I will file 180 days from your receipt of my December 15 letter, making the damages in that suit over one billion dollars.

       I have a friend from law school who is on a Congressional staff, who checked with a DEA contact who informed him that DEA does in fact have information on me, giving the lie to the "no record" response to my Privacy Act request.

       In May of 1993 the doorman at the South Forty Dance Club in Austin informed me that three individuals who assaulted and battered me were DEA agents and that they were going to "kill" me for allegedly threatening "one of their own," i.e. James Gormley, my former supervisor in the U.S. Embassy in Asuncion and subsequent head of the narcotics interdiction effort in Mexico City. Two weeks ago, after I had my first phone contact with former Israeli intelligence officer and "October Surprise" witness, Ari Ben-Menashe, documents were stolen from my



room, including Ben-Menashe's phone number. The power in the pay phone I used was sporadically dropping off, as it did in another phone I used last summer that was certainly under surveillance. The FBI informs me that their modern equipment would not create the power drop, but implicitly acknowledged my belief that persons using older equipment, such as retired CIA officers, may create that effect.

I am also enclosing a letter in the latest round in my battle to get documents from the State Department. You will note that the head of State's FOIA/PA office, Frank Machak, has now committed a grave error. He drafted a letter for Assistant Secretary for Congressional Affairs Wendy Sherman's signature containing a flat out lie, which I have documented in my March 9, 1994 letter to Assistant Secretary for Public Affairs Thomas Donilon.

Lying to Congress is of course nothing new to the national security bureaucracy. I am enclosing a page from former CIA official John Stockwell's book "In Search of Enemies," in which he records how the CIA avoided Freedom of Information Act requests by moving documents from file to file. Also enclosed is a "Newsweek" article outlining the CIA's utter contempt for Congress.

I will be guaranteed a hearing on the facts this time if for no other reason than I have been denied parts of my file under the Privacy Act. As I tighten the noose around the neck of the "October Surprise" conspirators, I expect that an attempt will be made on my life. I therefore request to be put in the FBI's Witness Protection Program.

Sincerely yours,

David E. Henderson
Encl: As stated

RECEIVED
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

534-688

JUDGE KATHLEEN CARDONE

UNITED STATES DISTRICT
COURT FOR Western Texas
El Paso Division

Robert Mueller          **EP04CA0402**
Director FBI
10th + Constitution NW
Washington DC 20530
Defendant.                    civil Action No

        vs.

David Henderson
4635 Atlas #8
El Paso, TX 79004
    plaintiff

    COMPLAINT FOR DAMAGES

    In August 1993 FBI

agent Sykes Houston

threatened plaintiff with

death. Enclosed is a

claim for $48,000,000 filed

P.O. Box 684692
Austin, TX  78768
November 16, 1992

Mr. Lawrence Eagleburger
Secretary of State
U.S. Department of State
Washington, DC  20520

Dear Secretary Eagleburger:

I am a former foreign service officer (1969-1981) who was on the Current Intelligence staff in the Operations Center in 1974-1975, which wrote Henry Kissinger's Morning Intelligence Summary.  I remember fondly preparing the briefing packets for "E" when you directed the Economic Bureau.  I had a good working relationship with Jack Covey and Wes Egan, and Jack introduced me to Mr. Kissinger with a view to possibly serving as a staff assistant.  I instead become the Current Intelligence Analyst for Africa(1975-1977) and served in the Office of Cuban Affairs in 1977-1978.

As a result of my experience on the Cuban Desk and subsequent assignment as Commercial Officer to Asuncion, Paraguay, under Ambassador Robert White, I became a Democrat for Reagan due to what I viewed as the Carter administration's generally inept performance in foreign policy.  In an attempt to throw Florida and the 1980 election to Reagan, I initiated contact with John Carbaugh on Senator Jessie Helms' staff with the aim of publicly releasing some dissent channel messages I had written Tony Lake warning him the Mariel boat lift would take place if we did not take the initiative away from Castro on refugee affairs.  Carbaugh put me in touch with John Maclean of the Chicago Tribune, my hometown paper.  In the course of sharing information in a meeting in my residence on October 18, 1980, Maclean blurted out that George Bush was imminently about to travel to Paris to "take care" of the Iraq hostage situation of our colleagues from the Embassy in Teheran.  Maclean was accompanied by Jerry Seper who stated that William Casey had already met with Iranian representatives in Madrid in July.  Seper stated that the Secret Service had two alibis for George Bush; one that he was at home working on a speech to a Zionist organization and, second that he was at the Chevy Chase Country Club.  When I naively inquired if the Carter White House knew of Bush's trip, MacLean immediately became alarmed and threatened me if I said anything about the Paris talks.



DEPARTMENT OF STATE                                   IS FPC CDR _114_   Date _12/16/94_
( ) RELEASE        ( ) DECLASSIFY        MR Cases Only:
( ) EXCISE         ( ) DECLASSIFY        EO Citations _____
( ) DENY           In PART
( ) DELETE Non-Responsive Info                                        TS authority to
FOIA exemptions _____       ( ) CLASSIFY as      ( ) S or ( ) C OADR
PA  Exemptions _____        ( ) DOWNGRADE TS to ( ) S or ( ) C OADR

The Monday after my Saturday meeting I called the Iran Desk and asked if they knew anything about Bush's Paris trip. A youthful sounding officer, whose name I cannot remember, confirmed that Bush made the trip and demanded angrily that <u>I tell him how I had seen the intelligence on the trip, as he said all copies were being recovered and destroyed.</u>

I refused to divulge my sources and then was subject to another attack from the officer who indicated that he knew I was pursuing a grievance concerning my assignment in Asuncion. When I asked whether the White House was aware of the trip, the Iran Desk Officer suggested I call Gary Sick on the NSC staff. I did so, after an attempt to get information from John MacLean who had now adopted an antagonistic, hostile stance, including repeated threats, and a statement that he was going to delay my story on the Mariel boat lift until after the election.

I suspected that I was being directed into a dead end by being referred to Sick, so I tested his knowledge of me by telling him that I was a grieviant but I had information about George Bush's trip to Paris and the Iran hostage release. Sick snapped that he couldn't get involved with my grievance but said he would check out my information. It seemed that he had been briefed about me beforehand and had already formed a negative impression. He became even more negative when I criticized the Desert One rescue operation as being poorly planned.

Sick never got back to me, so, I attempted to give the story to Tony Lake in December, after failing to get in touch with William Quandt on the NSC. The October Surprise issue had arisen in my December 1, 1980 deposition of Mark Dion, when at the conclusion of the hearing, Dion accused me of leaking intelligence on the Iran hostage release and George Bush's trip to Paris. Unfortunately, Dion and Mr. Greene, the staff assistant to the Grievance Board, arranged to have the three pages on the October Surprise bound and paginated separately from the rest of the record. The October Surprise testimony has been purged from the Grievance Staff's file and the the House October Surprise Committee looked at the Grievance staff file, but not at the Grievance Board file. Although House staffer Ted Planzos told me he sent an FBI agent to look at the Grievance Board file in February, this statement is probably a lie, as in a subsequent exchange of correspondence between Cong. Lee Hamilton and Cong. Jake Pickle, Hamilton said the October Surprise staff had looked at the Grievance Staff file on September 11, when it became available under my Privacy Act request. The fact that Hamilton's letter, undoubtedly drafted by Planzos, made no mention of an examination of my Grievance Board file indicates that Planzos lied when he said he sent an FBI agent to look in February. In July Planzos got confused with his



fabricated story and stated that he had sent the FBI agent to check my court file. Planzos also blatantly lied to me and Russ Hilgers, Cong. Pickle's aide, in stating that I had not given him my grievance file number. That excuse was suspicious in any case as Grievance Board secretary Cecily Wilson has the case names alphabetized in a Rolodex on her desk.

On June 13, I filed a Privacy Act request for my passport file and my grievance file. My passport file was returned with only "releasable material" with no indication as to what was not released and why. It is customary to provide a Privacy Act requestor such an inventory and I would like to enlist your assistance in this case. I am impressed with your professionalism in the case of Bill Clinton's passport file. In 1987-1988 a full field background investigation was launched on me, as I dropped a lawsuit and attempted to return to the payroll. Investigator Larry Thies, out of the Lawndale, California office, informed me that my passport file contained information that I was "an emotionally disturbed terrorist" who had allegedly threatened George Bush. The information came from a June 1985 talk I gave at UCLA in which I pointed out the complicity of the Secret Service in the Kennedy assassination by changing the parade route and stopping the car a full nine seconds while shots rang out from the front and back. I stated that the throat shot from the front had come from a Salvatore Bono, to whom I had issued a visa to return to the US in August, 1971 while serving at the US Consulate in Palermo, after being pressured by Consul Charlotte Allen who was dating a two-bit Mafioso. Ms. Allen was supported by Consul General Outerbridge Horsey, who said I should put a note in the file saying he had ordered me to issue the visa "in case he kills the President." Prison records show that a Salvatore Bono was released from the penitentiary in Oklahoma two weeks before the JFK assassination and that he disappeared. The records show he was left-handed, an interesting fact since the Italian bolt action rifle Lee Harvey Oswald allegedly used had the sites modified for use by a lefty. I recognized Bono as being one of the three tramps arrested and released immediately after the JFK assassination in Dealey Plaza.

In the same June, 1985 talk, I pointed out the complicity of the Secret Service in George Bush's October 18, 1980 treasonous trip to Paris. I then outlined a hypothetical assassination on the President in 1993 in Los Angeles. My scenario involved creating a massive traffic jam and having Molotov cocktails rain down on the Presidential limousine, forcing the occupants out into the open due to heat.

My talk was taped by Sociology Professor Jeffrey Wales who turned it over to the Secret Service. The Presidential limousine was subsequently heat proofed, according to press reports. The tape is used

C4

by the Secret Service in their training sessions, as I outlined other assassination scenarios, including having the Mafia dress as doctors and fire automatic weapons through the wall of an adjacent hospital room. A summary of the tape was placed in my passport file, where it was discovered by US Consul Gregory Frost when I asked him to review my passport in January, 1987. Frost and I were both members of the First Presbyterian Church of San Diego, and he repeated the story to our pastor Paul Pulliam. The information then made its way to Hollywood Presbyterian Church via attorney-elder Dennis Kaspar who raised it in a committee on Preparation for the Ministry as I sought to become a candidate for the Presbyterian Ministry. The other explosive thing that they found in my file was the October Surprise evidence. At the instigation of the head of Security, who was a high school graduate and fanatic Bush supporter, Thies attempted to entrap me on charges of drug smuggling by having an informant get in my cab and have me take him to Tijuana. After arriving, the informant told me he was going to purchase steroids and smuggle them into the US so I left him. Nevertheless, Thies threatened me with false charges of drug smuggling saying I would be criminally prosecuted if I came forward with October Surprise information.

I became aware of the fact that Thies was wired live. I proceeded to tell him the names of the half dozen members of various federal agencies who, were listening in Washington. Thies refused to accept my explanation as to how I knew the names, so I then informed him that my friends in the Chicago Mafia had used their computers to compromise all the phones in the State Department, particularly the number of the Intelligence watch office 632-8808. It was a result of this statement that the Department changed its prefix to 647 in the fall of 1988.I then told Thies that the new rug in the Lawndale Federal Building was equipped for electronic surveillance. The government ripped the rug out and tested it, finding nothing. Continuing the gag I decided to hoist Thies on his own petard of drug smuggling. I stated that there was a secret trail through the mountains between Mexicali, and Tecate, Baja, California used by smugglers. DEA spent hundreds of thousands of dollars looking for the non-existant trail with helicopter flights, according to Security Officer Costello.

In February, 1989, with George Bush safely inaugurated, I received a letter stating that I could not be rehired as I had failed the security exam. The next month, I was arrested by a DEA agent at my post office box in downtown Los Angeles, who stated that he could make an arrest without probably cause as all Los Angeles was a port area. I escaped by creating a public scene and taunting him to draw his weapon.



This was the start of a four year and continuing program of harassment by Larry Thies, using U.S. Customs, the Post Office, DEA, and local police. Thies ruined my relations with my family, my church, actual and potential employers, friends and my alumni association. Thies was able to spread the false story of narcotics smuggling by Assistant Secretary of Narcotics Affairs Mark Dion.

In May and June I filed a total $40 million dollars in damage claims against the Department which has not even acknowledged their receipt. I have therefore enlisted the assistance of Senator Bentsen who sent you a letter a week ago on my behalf. I intend to take the claims to court in January as well as file a claim against the Justice Department for obstruction of justice.

Legal advisor attorney Michele Truitt has been involved in violation of my constitutional rights since 1980. She knew that Mark Dion had taken most of the documents out of my file and whited my name out as drafting officer, putting in the name of my boss Jim Gormley. The file was introduced into my grievance record in its tampered state and I was not allowed to see it, due to the complicity of Dick Greene of the Grievance Board and Mark Dion. The Justice Department thinks it has me blocked as it knows I lost my copy of a 1987 lawsuit in the course of a move, and that Thies entered a storage facility in Van Nuys, California in 1988 to steal other things I need for the suit such as Mark Dion's transcript. However, I have multiple causes of action and will find a court which is interested in getting to the bottom of this which is bigger than Watergate.

You can assure your place in history by recovering my files in the Legal Advisor's office and Security, before they are destroyed before the next administration comes in. I do not know if you have jurisdiction over the supposedly independent Foreign Service Grievance Board but I urge you to look for the October Surprise information in Mark Dion's testimony of December 1, 1980. Larry Thies told me Dion has been told he will never be an ambassador for tampering with my work file . However, he could not be fired as he would have blown open the October Surprise story. I do not know why Dion was talking to the Iran Desk in 1980 as he was DCM in El Salvador, but he obviously knew the whole October Surprise Story. It may have been that he got into touch with the same right wing extremists I did as we both became Reagan Democrats. Ambassador Robert White believes that Dion betrayed him. White was fired the day after the January 20, 1980 inauguration per my threat to John Carbaugh that he be fired, or I would blow the October Surprise story. I, in fact was attempting to give the story to Tony Lake at the same time, but Lake refused to see me. According to his staff assistant Ed O' Donnel,





United States
**Office of
Personnel Management**

OPF/EMF Access Unit
Post Office Box 18673
St. Louis, Missouri 63118

JAN 1 7 1995    In Reply Refer To.

Honorable Phil Gramm
United States Senator
2323 Bryan Street, Number 1500
Dallas, Texas   75202

Re:  Mr. David E. Henderson

Dear Senator Gramm:

Enclosed for your records is a copy of the letter which
transmitted the requested records to your constituent
referenced above.

Sincerely,

Pamela J. Carnes
Supervisory Personnel Assistant

Enclosure

**B**

| Name and address of employer's organization (include Zip Code, if known) | Dates employed (give month, day, year) | Average number of hours per week | Number of employees you supervised |
|---|---|---|---|
| US Department of State *(handwritten)* Washington DC 20520 *(handwritten)* | From: 9/69  To: 2/72 | 40 | 40 |
| | Salary or earnings  Starting $ 4,199 per Yr  Ending $ 25,000 per Yr | Your reason for leaving  return to school *(handwritten)* | |

| Your immediate supervisor | | Exact title of your job | If Federal employment (civilian or military) list series, grade or rank, and, if promoted in this job, the date of your last promotion |
|---|---|---|---|
| Name  Irsie Russell *(handwritten)* | Area Code 202  Telephone No. 632-4706 | Foreign Service *(handwritten)* | FSO-C 111978 *(handwritten)* |

Description of work: Describe your specific duties, responsibilities and accomplishments in this job. **including** the job title(s) of any employees you supervised.  **If you describe more than one type of work** (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.

*worked in Consulates and Embassys to assist US citizens (handwritten)*

**For Agency Use (skill codes, etc.)**

## OTHER CHANGES OR ADDITIONS AND ADDITIONAL SPACE

**9** Does **any other information** on your SF 171 need updating (for example, telephone number, education, or special skills)?

| YES | Provide updated informatiion in **10**. |
|---|---|
| NO | Go to **11** and **12**. |

**10** Write the number to which each answer applies. **If you need more space,** use sheets of paper the same size as this page.  On each sheet write your name and Social Security Number.  Attach all sheets to this form.

## SIGNATURE, CERTIFICATION, AND RELEASE OF INFORMATION  *For Privacy Act Statement, See SF 171*

# YOU MUST SIGN THIS APPLICATION.  Read the following carefully before you sign.

- A false statement on any part of your application may be grounds for not hiring your, or for firing you after you begin work.  Also, you may be punished by fine or imprisonment (U.S. Code, title 18, section 1001).
- **I understand** that any information I give may be investigated as allowed by law or Presidential order.
- **I consent** to the release of information about my ability and fitness for Federal employment **by** *employers, schools, law enforcement agencies and other individuals and organizations,* **to** *investigators, personnel staffing specialists, and other authorized employees of the Federal Government.*
- **I certify** that, to the best of my knowledge and belief, **all** of my statements are true, correct, complete, and made in good faith.

| **11** SIGNATURE *(Sign in dark ink)* | **12** DATE SIGNED *(Month, day, year)* |
|---|---|
| *(signature)* | 7/31/05 *(handwritten)* |

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
*WWW.CA4.USCOURTS.GOV*

PATRICIA S. CONNOR
CLERK

TELEPHONE
(804) 916-2700

October 31, 2007

**CONFIDENTIAL**

Mr. David E. Henderson
P.O. Box 23004
El Paso, TX  79923

**No. 07-9080, In the Matter of a Judicial Complaint Under 28 U.S.C. § 351**

Dear Mr. Henderson:

I acknowledge receipt of your judicial complaint against Judges Motz, Wilkins, and Luttig.  It will be forwarded to the appropriate judge for action.

Sincerely,

Patricia S. Connor /swv

Patricia S. Connor

PSC:swv



# Application for Federal Employment · SF 171

Form Approved
OMB No. 3206-0012

Read the instructions before you complete this application. *Type or print clearly in dark ink.*

## GENERAL INFORMATION

**1** What kind of job are you applying for? Give title and announcement number (if any)
RB-WR-2 Legalization Adjudicator 2/2/1987

**2** If the announcement lists several job titles, which jobs are you applying for?
GS-1801-5; GS1801-7

**3** Social Security Number: 354 | 38 | 9511

**4** Birth date (Month, Day, Year): 10/23/46

**5** Name (Last, First, Middle)
HENDERSON, David Ellis
Street address or RFD number (include apartment number, if any)
PO Box 126043
City: San Diego   State: CA   ZIP Code: 92112

**6** Other names ever used

**7** Sex (for statistical use): [X] Male [ ] Female

*not there*

**8** Home Phone — Area Code | Number

**9** Work Phone — Area Code | Number | Ext.
619 | 231-8053

**0** Were you ever employed as a civilian by the Federal Government? If "NO", go to 11.
If "YES", mark each type of job you held with an "X".
[ ] Temporary [ ] Career-Conditional [X] Career [ ] Excepted
What is your highest grade, classification series and job title?
Foreign Service Officer FSO-6 equivalent GS-11
Dates at highest grade: FROM 10/1978 TO 2/1981

**11** Do you have any applications for Federal employment on file with the U.S. Office of
Personnel Management? If "NO", mark here [X] and go to 12. If "YES", write below
and continue in 47 the information for each application: (a) the name of the office that
has your application; (b) the title of the job; (c) the date of your Notice of Results; and
(d) your rating.

### FOR USE OF EXAMINING OFFICE ONLY

Material [ ]
[ ] Submitted
[ ] Returned
Notations
Form reviewed:
Form approved:

Entered register

WESTERN

| Option | Grade | Earned Rating | Preference | Aug. Rating |
|--------|-------|---------------|------------|-------------|
| | | | [ ] 5 Points (Tent.) | |
| | | | [ ] 10 Pts. (30%) Or More Comp. Dis. | |
| | | | [ ] 10 Pts. Less Than 30% Comp. Dis. | |
| | | | [ ] Other 10 Points | |
| | | | [ ] Disallowed | |

Initials and Date    [ ] Being Investigated

### FOR USE OF APPOINTING OFFICER ONLY

Preference has been verified through proof that the separation
was under honorable conditions, and other proof as required.

[ ] 5-Point [ ] 10-Point—30% or More Compensable Disability [ ] 10-Point—Less Than 30% Compensable Disability [ ] 10-Point—Other

Signature and Title

Agency      Date

## AVAILABILITY

**12** When can you start work? (Month and Year)
3/1987

**13** What is the lowest pay you will accept?
Pay $ 14,822 per annum   OR Grade

| **14** Are you willing to work: | YES | NO |
|---|---|---|
| A. In the Washington, D.C. metropolitan area? | | X |
| B. Outside the 50 United States? | | X |
| C. Any place in the United States? | | X |
| D. Only in (list the location(s)) | | |

San Diego, Calif.
Phoenix, AZ
Hollywood, Calif.

| **15** Are you willing to work: | YES | NO |
|---|---|---|
| A. 40 hours per week (full-time)? | X | |
| B. 25-32 hours per week (part-time)? | X | |
| C. 17-24 hours per week (part-time)? | X | |
| D. 16 or fewer hours per week (part-time)? | X | |
| E. In an intermittent job (on-call/seasonal)? | X | |
| F. Weekends, shifts, or rotating shifts? | X | |

| **16** Are you willing to take a temporary job lasting: | YES | NO |
|---|---|---|
| A. 5 to 12 months (sometimes longer)? | X | |
| B. 1 to 4 months? | X | |
| C. Less than 1 month? | X | |

| **17** Are you willing to travel away from home for: | YES | NO |
|---|---|---|
| A. 1 to 5 nights each month? | X | |
| B. 6 to 10 nights each month? | X | |
| C. 11 or more nights each month? | X | |

## MILITARY SERVICE AND VETERAN PREFERENCE

| | YES | NO |
|---|---|---|
| **18** Have you served on active duty in the United States Military Service? If your only active duty was training in the Reserves or National Guard, answer "NO". If "NO", go to 22 | | X |
| **19** Were you honorably discharged from the military service? If your discharge was changed to "honorable" or "general" by a Discharge Review Board, answer "YES". If you received a clemency discharge, answer "NO". If "NO", explain in 47 | | |
| **20** Did you or will you retire at or above the rank of major or lieutenant commander? | | |

**21** List the dates, branch, and serial number for all active duty service.

| FROM | TO | BRANCH OF SERVICE | SERIAL NUMBER |
|------|-----|-------------------|---------------|
| | | | |

**22** Place an "X" in the box next to your Veteran Preference claim. Mark only one box.
See the instructions for eligibility information.

[X] **NO PREFERENCE**

**2** [ ] 5-POINT PREFERENCE—You must show proof when you are hired.

[ ] 10-POINT PREFERENCE—If you claim 10-point preference, you must complete
a Standard Form 15, which is available at any Federal Job Information Center.
ATTACH THE COMPLETED SF 15 TO THIS APPLICATION, TOGETHER WITH THE
PROOF REQUESTED IN THE SF 15.

| | |
|---|---|
| **3** | Non-compensably disabled or Purple Heart recipient |
| **4** | Compensably disabled (less than 30%) |
| **5** | Spouse, widow(er), or mother |
| **6** | Compensably disabled (30% or more) |

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER

Standard Form 171 (Rev. 2/84)
Office of Personnel Management
FPM Chapter 295

# Standard Form 171-A — Continuation Sheet for SF 171

Attach all SF 171's to your application at the    or page 3.

Form Appro
OMB No. 3:

| 1. Name (Last, First, Middle) | |
|---|---|
| Henderson, David Ellis | |

| 3. Job Title or Announcement Number You Are Applying For | 2. Social Security Number |
|---|---|
| Consultant-Expert Consular | 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 |
| | 4. Date Completed |
| | September, 1987 |

## ADDITIONAL WORK EXPERIENCE BLOCKS IF NEEDED

**[X]** 

| Name and address of employer's organization (include ZIP Code if known) | Dates employed (give month and year) | Average number of hours per week |
|---|---|---|
| Legal Office of David Grey 1800 Vine Hollywood, CA 91605 | From 10/1982 To 6/1983 | 40 |
| | Salary or earnings | Place of employment |
| | Starting $ 1400 per week | City Los Angeles |
| | Ending $ 1600 per week | State CA |

| Exact title of your job | Your immediate supervisor | | | Number and job titles of any employee supervised |
|---|---|---|---|---|
| immigration attorney | Name Diana Veenhuis | Area Code 213 | Telephone Number 465-5900 | 1 secretary |

| Kind of business or organization (manufacturing, accounting, social service etc) | If Federal employment (civilian or military) list series grade or rank and the date of your last promotion | Your reason for leaving |
|---|---|---|
| immigration | NA | another job |

Description of work  Describe your specific duties, responsibilities and accomplishments in this job.  If you describe more than one type of work (for example: carpentry and painting or personnel and budget) write the approximate percentage of time you spent doing each

did all types of immigration and nationality cases

**For Agency Use (skill codes, etc**

**[X]**

| Name and address of employer's organization (include ZIP Code if known) | Dates employed (give month and year) | Average number of hours per week |
|---|---|---|
| US State Department 2501 C Sts, NW Washington, DC 20520 | From 9.1969 To 2/1981 | 40 |
| | Salary or earnings | Place of employment |
| | Starting $8,149 per annum | City Washington |
| | Ending $25,144 per annum | State DC overseas |

| Exact title of your job | Your immediate supervisor | | | Number and job titles of any employees supervised |
|---|---|---|---|---|
| Foreign Service Officer | Name various | Area Code 647 | Telephone Number 4000 | 2 clerical |

| Kind of business or organization (manufacturing, accounting, social service, etc.) | If Federal employment (civilian or military) list series, grade or rank and the date of your last promotion | Your reason for leaving |
|---|---|---|
| consular, diplomacy | FSO-6, November 1978 | private sector |

Description of work  Describe your specific duties, responsibilities and accomplishments in this job.  If you describe more than one type of work (for example carpentry and painting or personnel and budget), write the approximate percentage of time you spent doing each

visa and passport officer in Palermo, Italy, Ciudad Juarez, Mexico, commercial officer, Asuncion Paraguay, Cuban Desk consular and refugee affairs

**For Agency Use (skill codes, etc**

23 May we ask your present employer about your character, qualifications, and work record? A "NO" will not affect our review of your qualifications. If you answer "NO" and we need to contact your present employer before we can offer you a job, we will contact you first ............................

| | YES | NO |
|---|---|---|
| | | X |

- INCLUDE VOLUNTEER WORK (non-paid work)—If the work (or a part of the work) the job you are applying for, complete all parts of the experience block just as for a paying job. You may receive credit for work experience with religious, comm welfare, service, and other organizations.

24 READ WORK EXPERIENCE ON THE INSTRUCTION PAGE BEFORE YOU BEGIN

- Describe your current or most recent job in Block A and work backwards, describing each job you held during the past 10 years.
- You may sum up in one block work that you did more than 10 years ago. But, if that work is related to the type of job you are applying for, describe each related job in a separate block
- If you were unemployed for longer than 3 months, list the dates and your address(es) at that time in 47. Do not list unemployment that was more than 10 years ago.

- INCLUDE MILITARY SERVICE—You should complete all parts of the experience block as you would for a non-military job, including all supervisory experience. Describe major change of duties or responsibilities in a separate experience block
- IF YOU NEED MORE EXPERIENCE BLOCKS OR MORE SPACE TO DESCRIBE A JOB For more blocks, use the SF 171-A or sheets of paper the same size as this page (be s include all information we ask for in A or B below). On each sheet show your name, Security Number, and the announcement number or job title. For more space continue in 47 or on a sheet of paper as described above.
- IF YOU NEED TO UPDATE (ADD MORE RECENT JOBS), use the SF 172 or a sheet of as described above.

---

**A** Name and address of employer's organization (include ZIP Code, if known)

USINS
El Centro
CA 92243

| Dates employed (give month and year) | |
|---|---|
| From: 4/20/87 | To 7/9/87 |

| Salary or earnings | |
|---|---|
| Starting $23,585 | per annum |
| Ending $23,585 | per annum |

Average number of hours per week
41

Place of employment
City El Centro
State CA

Exact title of your job
Legalization Adjudicator

Your immediate supervisor
Name Milt Pins

| Area Code | Telephone Number |
|---|---|
| 619 | 353-6420 |

Number and job titles of any employees supervise(d)
1clerk

Kind of business or organization (manufacturing, accounting, social service, etc.)
immigration

If Federal employment (civilian or military), list series, grade or rank, and the date of your last promotion
GS-9   4/20/87

Your reason for wanting to leave
personal reasons

Description of work. Describe your specific duties, responsibilities and accomplishments in this job. If you describe more than one type of work (for example, carpentry and painting or personnel and budget), write the approximate percentage of time you spent doing each

interviewed applicants for amnesty under IRCA under both agricultural and regular provisions and made decisions on their eligibility per IRCA and the INA

---

**B** Name and address of employer's organization (include ZIP Code, if known)

Self Employed attorney/consultant
110 C St.
San Diego 92112

For Agency Use (skill codes, etc.)

| Dates employed (give month and year) | |
|---|---|
| From 6/1985 | To: 4/1987 |

| Salary or earnings | |
|---|---|
| Starting $ 25,000 | per |
| Ending $ | per |

Average number of hours per week
40

Place of employment
City San Diego, L*
State

Exact title of your job
attorney--immigration

Your immediate supervisor
Name none

| Area Code | Telephone Number |
|---|---|
| 619 | 231-8053 |

Number and job titles of any employees you supervised
1secretary

Kind of business or organization (manufacturing, accounting, social service, etc.)
immigration

If Federal employment (civilian or military), list series, grade or rank, and the date of your last promotion
NA

Your reason for leaving
federal employment

Description of work: Describe your specific duties, responsibilities and accomplishments in this job. If you describe more than one type of work (for example, carpentry and painting or personnel and budget), write the approximate percentage of time you spent doing each

assisted aliens with all types of visa and citizenship applications, representing them before USINS, US State Department and the US Department of Labor

For Agency Use (skill codes, etc.)

*FOR MORE EXPERIENCE BLOCKS SEE SF 171-A ON BACK OF INSTRUCTION PAGE*

## EDUCATION

**25** Did you graduate from high school? If you have a GED high school equivalency or will graduate within the next nine months, answer Y

YES [X] If "YES", give month and year of graduation: **June 1963**

NO [ ] If "NO", give the highest grade you completed:

**26** (City and state) of the last high school you attended

**27** Have you ever attended college or graduate school? YES [X] If "YES", continue with 28
NO [ ] If "NO", go to 31

**28** NAME AND LOCATION (city, state and ZIP code) OF COLLEGE OR UNIVERSITY. If you expect to graduate within nine months, give the month and year you expect to receive your degree

| | | MONTH AND YEAR ATTENDED | | NO OF CREDITS COMPLETED | TYPE OF DEGREE | YEAR OF |
|---|---|---|---|---|---|---|
| | | From | To | Semester Hours OR Quarter Hours | (eg B A M A) | DEGREE |
| 1) | San Diego State, Calexico, CA | 1/86 | 6/87 | 12 | -- | ** |
| 2) | AGSIM, 59th & Greenway Glendale, AZ | 5/81 | 5/82 | 54 | MIM | 1982 |
| 3) | American University Washington, DC | 1/75 | 8/80 | 118 | JD/MA | 1980 |

**29**

| CHIEF UNDERGRADUATE SUBJECTS Show major on the first line | NO OF CREDITS COMPLETED Semester Hours OR Quarter Hours |
|---|---|
| 1) Government | 30 |
| 2) History | 12 |

**30**

| CHIEF GRADUATE SUBJECTS Show major on the first line | NO OF CREDITS COMPLETED Semester Hours OR Quarter Hours |
|---|---|
| 1) Law | 88 |
| 2) Latin America | 30 |

**31** Have you completed any other courses or training related to the kind of jobs you are applying for (for example, trade, vocational, Armed Forces, or business)?

YES [ ] If "YES", give the information requested below. (More courses?—Use a sheet of paper)
NO [ ] If "NO", go to 32

| | MONTH AND YEAR TRAINING COMPLETED | TOTAL CLASSROOM HOURS | SUBJECT(S) | NAME AND LOCATION OF SCHOOL (City, state, and ZIP code, if known) | CERTIFICATE DIPLOMA, if any |
|---|---|---|---|---|---|
| 1) | November71 | 400 | Intensive Spanish | Foreign Service Institute Arlington, VA | certi |
| 2) | | | | | |
| 3) | | | | | |

## SPECIAL SKILLS, ACCOMPLISHMENTS AND AWARDS

**32** List your special qualifications, skills or accomplishments that may help you get a job. Some examples are: skills with machines; most important publications (do not submit copies); public speaking and writing experience; membership in professional or scientific societies; patents or inventions; etc.

**33** How many words per minute can you:

TYPE 35 TAKE DICTATION? 0

- Agencies may test your skills before hiring you.

**34** List job-related licenses or certificates that you have, such as: registered nurse; lawyer; radio operator; driver's, pilot's, etc.

| LICENSE OR CERTIFICATE | DATE OF LATEST LICENSE OR CERTIFICATE | STATE OR OTHER LICENSING AGENCY |
|---|---|---|
| 1) State Bar of Texas | 1978 | Texas Supreme Court |
| 2) | | |

**35** Do you speak or read a language other than English (include sign language)?
Applicants for jobs that require a language other than English may be given an interview conducted solely in that language.

YES [X] If "YES", list each language and place an "X" in each column that applies to you
NO [ ] If "NO", go to 36

| LANGUAGE(S) | CAN PREPARE AND GIVE LECTURES | | CAN SPEAK AND UNDERSTAND | | CAN TRANSLATE ARTICLES | | CAN READ ARTICLES FOR OWN USE | |
|---|---|---|---|---|---|---|---|---|
| | Fluently | With Difficulty | Fluently | Passably | Into English | From English | Easily | With Difficulty |
| 1) Spanish | X | | X | | X | X | X | |
| 2) Portugese | | X | | X | X | X | | X |

**36** List any honors, awards, or fellowships you have received. For each, give the year it was received.

AB, Indiana University, Distinction and Departmental Honors

## REFERENCES

**37** List three people who are not related to you and who know your qualifications and fitness for the kind of job(s) for which you are applying. Do not list supervisors you listed under 24

| | FULL NAME OF REFERENCE | PRESENT BUSINESS OR HOME ADDRESS (Number, street, city, state, and ZIP code) | TELEPHONE NUMBER(S) (Include area code) | BUSINESS OR OCCUPATION |
|---|---|---|---|---|
| 1) | William Miller | INR/EC, US State Department | (202) 647-4000 | economist |
| 2) | Marlan Moninson | INR/A F U State Department | (202) 647-4000 | analyst |
| 3) | Richard Pyle | CIA, Langley VA | | analyst |

Form Approved:
OMB N<sup>-</sup> 3206-0012

• Attach all SF 171-A's to your application at the top of page 6.

| Name (Last, First, Middle) | 2. Social Security Number |
|---|---|
| Henderson, David Ellis | 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 |
| Job Title or Announcement Number You Are Applying For | 4. Date Completed |
| RB-WR-2 Legalization Adjudicator 2/2/1987 | 2/13/1987 |

## ADDITIONAL WORK EXPERIENCE BLOCKS IF NEEDED

Name and address of employer's organization (include ZIP Code, if known)

US State Department
2201 C St, NW
Washington, DC 20520

Dates employed (give month and year)
From 10/1969   To 2/1981
Salary or earnings
Starting $ 8.149 per annum
Ending $ 25,144 per annum

Average number of hours per week
48
Place of employment
City Washington
State DC

Exact title of your job

Foreign Service Officer

Your immediate supervisor
Name various
Area Code 202 Telephone Number 747-4000

Number and job titles of any employees you supervised
2 Professional aides

Kind of business or organization (manufacturing, accounting, social service, etc.)
government

If Federal employment (civilian or military) list series, grade or rank, and the date of your last promotion
FSO-6   October 1978

Your reason for leaving
return to school

Description of work: Describe your specific duties, responsibilities and accomplishments in this job. If you describe more than one type of work (for example carpentry and painting or personnel and budget) write the approximate percentage of time you spent doing each

Served AS US Vice Consul in Palermo, Italy, Ciudad Juarez, Mexico, and Asuncion, Paraguay. Interviewed applicants for visas and US passports in Spanish and Italian and made determinations as to eligibility. Questionned applicants as to bona fides of documents and statements in interviews.

**For Agency Use (skill codes, etc.)**

Name and address of employer's organization (include ZIP Code, if known)

Dates employed (give month and year)
From   To
Salary or earnings
Starting $   per
Ending $   per

Average number of hours per week

Place of employment
City
State

Exact title of your job

Your immediate supervisor
Name
Area Code   Telephone Number

Number and job titles of any employees you supervised

Kind of business or organization (manufacturing, accounting, social service, etc.)

If Federal employment (civilian or military) list series, grade or rank, and the date of your last promotion

Your reason for leaving

Description of work: Describe your specific duties, responsibilities and accomplishments in this job. If you describe more than one type of work (for example carpentry and painting or personnel and budget) write the approximate percentage of time you spent doing each

**For Agency Use (skill codes, etc.)**



United States Department of State

Washington, D.C. 20520

In accordance with subsection (c) of the Privacy Act
(5 USC 552a, Public Law 93-579), this statement with
attachments serves as an Accounting of Disclosure
pursuant to a request for access to his/her personnel
records by the individual to whom this file pertains.

FEDERAL EMPLOYEES HEALTH BENEFITS PROGRAM

## NOTICE OF CHANGE IN HEALTH BENEFITS ENROLLMENT

U.S. Civil Service Commission

### Part A.— IDENTIFYING DATA

| 1. NAME | (LAST) | (FIRST) | (MIDDLE INITIAL) | 2. DATE OF BIRTH | 3. CARRIER CONTROL NO. |
|---|---|---|---|---|---|
| | HENDERSON | DAVID | E. | 10/23/46 | 4096161 |

4. ADDRESS (INCLUDING ZIP CODE)

**Department of State**
**Washington, D.C. 20520**

| 5. PAYROLL OFFICE NO | 6. ENROLLMENT CODE NO. |
|---|---|
| 19-00-0001 | 401 |

7. DATE THIS ACTION BECOMES EFFECTIVE

**9/2/73**

ONLY THE ITEM WHICH IS CHECKED BELOW AFFECTS YOUR ENROLLMENT. READ THAT ITEM CAREFULLY AND FOLLOW ANY PERTINENT INSTRUCTIONS. KEEP THIS FORM UNLESS YOUR ENROLLMENT IS TERMINATED AND YOU APPLY FOR CONVERSION.

### Part B.— TERMINATION

☐ YOUR ENROLLMENT TERMINATES ON THE DATE IN PART A, ITEM 7, ABOVE.

### Part C.— CHANGE IN PLAN

☐ YOUR ENROLLMENT SHOWN IN PART A, ITEM 6, ABOVE HAS BEEN TERMINATED BECAUSE OF YOUR ENROLLMENT IN ANOTHER PLAN.

### Part D.— TRANSFER OUT

☐ YOUR ENROLLMENT CONTINUES BUT IS TRANSFERRED TO YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM):

### Part E.— TRANSFER IN

☒ YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM) SHOWN IN PART A ABOVE HAS TAKEN TRANSFER OF YOUR ENROLLMENT AND WILL CONTINUE IT.

### Part F.— SUSPENSION

☐ YOUR ENROLLMENT HAS BEEN SUSPENDED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE

### Part G.— REINSTATEMENT

☐ YOUR ENROLLMENT HAS BEEN REINSTATED ON THE DATE IN PART A, ITEM 7, ABOVE

### Part H.— CHANGE IN NAME OF ENROLLEE

THE NAME IN WHICH THIS ENROLLMENT IS CARRIED HAS BEEN CHANGED TO:

### Part I.— REMARKS

**Transferred from WFC**

### Part K.— DATE OF NOTICE

**10/1/73**
DATE

SIGNATURE OF AUTHORIZED AGENCY OFFICIAL

**Department of State    Washington, D.C. 20520**
NAME OF AGENCY                    ADDRESS (INCLUDING ZIP CODE)

Quadruplicate —For Official Personnel Folder

Standard Form No. 2810
April 1968

FEDERAL EMPLOYEES HEALTH BENEFITS PROGRAM

**NOTICE OF CHANGE IN HEALTH BENEFITS ENROLLMENT**

2810 110

### Part A.—IDENTIFYING DATA

| 1. NAME (LAST) (FIRST) (MIDDLE INITIAL) | 2. DATE OF BIRTH | 3. CARRIER CONTROL NO. |
|---|---|---|
| HENDERSON      DAVID         E | 10/23/46 | 40 /7 / / |

| 4. ADDRESS (INCLUDING ZIP CODE) | 5. PAYROLL OFFICE NO. | 6. ENROLLMENT CODE NO. |
|---|---|---|
| Department of State  BF/FS/P | 19-00-6320 | 401 |

| 7. DATE THIS ACTION BECOMES EFFECTIVE |
|---|
| 9/1/73 |

ONLY THE ITEM WHICH IS CHECKED BELOW AFFECTS YOUR ENROLLMENT. READ THAT ITEM CAREFULLY AND FOLLOW ANY PERTINENT INSTRUCTIONS. KEEP THIS FORM UNLESS YOUR ENROLLMENT IS TERMINATED AND YOU APPLY FOR CONVERSION.

### Part B.—TERMINATION

☐ YOUR ENROLLMENT TERMINATES ON THE DATE IN PART A, ITEM 7, ABOVE.

### Part C.—CHANGE IN PLAN

☐ YOUR ENROLLMENT SHOWN IN PART A, ITEM 6, ABOVE HAS BEEN TERMINATED BECAUSE OF YOUR ENROLLMENT IN ANOTHER PLAN.

### Part D.—TRANSFER OUT

☒ YOUR ENROLLMENT CONTINUES BUT IS TRANSFERRED TO YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM)

BF/FS/P

### Part E.—TRANSFER IN

☐ YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM) SHOWN IN PART A BELOW HAS ACCEPTED TRANSFER OF YOUR ENROLLMENT AND WILL CONTINUE IT.

### Part F.—SUSPENSION

☐ YOUR ENROLLMENT HAS BEEN SUSPENDED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE.

### Part G.—REINSTATEMENT

☐ YOUR ENROLLMENT HAS BEEN REINSTATED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE.

### Part H.—CHANGE IN NAME OR ADDRESS

| THE NAME IN WHICH THIS ENROLLMENT IS CARRIED HAS BEEN CHANGED TO: NAME | | ☐ MALE ☐ FEMALE |
|---|---|---|
| ADDRESS (INCLUDING ZIP CODE) IF DIFFERENT FROM PART A, ITEM 4 ABOVE | | |

### Part J.—REMARKS

transferred to BF/FS/P

### Part K.—DATE OF NOTICE

| Mary C. LeBlanc | 9/27/73 |
|---|---|
| SIGNATURE OF AUTHORIZED AGENCY OFFICIAL | DATE |
| Department of State, Washington, D.C. 20520 | (pp-20) |
| NAME OF AGENCY | ADDRESS (INCLUDING ZIP CODE) |

Standard Form No. 2810
April 1969

Quadruplicate—For Official Personnel Folder

U.S. Civil Service Commission

FEDERAL EMPLOYEES HEALTH BENEFITS PROGRAM

## NOTICE OF CHANGE IN HEALTH BENEFITS ENROLLMENT

2810-110

### Part A.—IDENTIFYING DATA

| 1. NAME (LAST) (FIRST) (MIDDLE INITIAL) | 2. DATE OF BIRTH | 3. CARRIER CONTROL NO. |
|---|---|---|
| HENDERSON    DAVID    E | 10/23/46 | 4096161 |

| 4. ADDRESS (INCLUDING ZIP CODE) | 5. PAYROLL OFFICE NO. | 6. ENROLLMENT CODE NO. |
|---|---|---|
| Department of State BF/FS/P | 19-00-6320 | 401 |

| 7. DATE THIS ACTION BECOMES EFFECTIVE |
|---|
| 9/1/73 |

ONLY THE ITEM WHICH IS CHECKED BELOW AFFECTS YOUR ENROLLMENT. READ THAT ITEM CAREFULLY AND FOLLOW ANY PERTINENT INSTRUCTIONS. KEEP THIS FORM UNLESS YOUR ENROLLMENT IS TERMINATED AND YOU APPLY FOR CONVERSION.

### Part B.—TERMINATION

[ ] YOUR ENROLLMENT TERMINATES ON THE DATE IN PART A, ITEM 7, ABOVE.

### Part C.—CHANGE IN PLAN

[ ] YOUR ENROLLMENT SHOWN IN PART A, ITEM 6, ABOVE HAS BEEN TERMINATED BECAUSE OF YOUR ENROLLMENT IN ANOTHER PLAN.

### Part D.—TRANSFER OUT

[X] YOUR ENROLLMENT CONTINUES BUT IS TRANSFERRED TO YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM):

### Part E.—TRANSFER IN

[ ] YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM) SHOWN IN PART K BELOW HAS ACCEPTED TRANSFER OF YOUR ENROLLMENT AND WILL CONTINUE IT.

### Part F.—SUSPENSION

[ ] YOUR ENROLLMENT HAS BEEN SUSPENDED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE.

### Part G.—REINSTATEMENT

[ ] YOUR ENROLLMENT HAS BEEN REINSTATED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE.

### Part H.—CHANGE IN NAME OR ENROLLEE

THE NAME IN WHICH THE ENROLLMENT IS CARRIED HAS BEEN CHANGED TO

| NAME | DATE OF BIRTH | SEX [ ] MALE [ ] FEMALE |
|---|---|---|

ADDRESS (INCLUDING ZIP CODE) (IF DIFFERENT FROM THAT IN PART A, ABOVE)

### Part J.—CHANGE IN HEALTH BENEFITS REGISTRANT

YOUR ENROLLMENT HAS BEEN IDENTIFIED BY ASSIGNMENT OF CD GRADE TO SSN, AND YOUR PLAN WILL SEND YOU A NEW IDENTIFICATION CARD.

YOUR NEW SSN IS

(NOTICE: THIS APPLIES TO ENROLLEES IN CERTAIN PLANS ONLY)

### Part J.—REMARKS

SF-2810 transferring employee out in error.   Employee still active See SF-2811 report #73-24 dated 10/15/73.

### Part K.—DATE OF NOTICE

| Mary C. LeBlanc | 4/26/74 |
|---|---|
| SIGNATURE OF AUTHORIZED AGENCY OFFICIAL | DATE |

| Department of State, Washington DC | |
|---|---|
| NAME OF AGENCY | ADDRESS (INCLUDING ZIP CODE) |

Standard Form No. 2810
April 1969

Condition—For Official Personnel Folder

FEDERAL EMPLOYEES HEALTH BENEFITS PROGRAM

NOTICE OF CHANGE IN HEALTH BENEFITS ENROLLMENT

2810-107

## Part A.—IDENTIFYING DATA

| 1. NAME (LAST) (FIRST) (MIDDLE INITIAL) | 2. DATE OF BIRTH | 3. CARRIER CONTROL NO. |
|---|---|---|
| HENDERSON DAVID S. | 10-23-46 | 11218819 |

| 4. ADDRESS (INCLUDING ZIP CODE) | 5. PAYROLL OFFICE NO. | 6. ENROLLMENT CODE NO. |
|---|---|---|
| R.F.C., AMERICAN EMBASSY PARIS, FRANCE | 19-00-6207 | 1 0 4 |

7. DATE THIS ACTION BECOMES EFFECTIVE

08-09-70

ONLY THE ITEM WHICH IS CHECKED BELOW AFFECTS YOUR ENROLLMENT. READ THAT ITEM CAREFULLY AND FOLLOW ANY PERTINENT INSTRUCTIONS. KEEP THIS FORM UNLESS YOUR ENROLLMENT IS TERMINATED AND YOU DO NOT EXPECT TO BE REEMPLOYED.

## Part B.—TERMINATION

[ ] YOUR ENROLLMENT TERMINATES ON THE DATE IN PART A, ITEM 7, ABOVE.

## Part C.—CHANGE IN PLAN

[ ] YOUR ENROLLMENT SHOWN IN PART A, ITEM 6, ABOVE HAS BEEN TERMINATED BECAUSE OF YOUR ENROLLMENT IN ANOTHER PLAN.

## Part D.—TRANSFER OUT

[ ] YOUR ENROLLMENT CONTINUES BUT IS TRANSFERRED TO YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM):

## Part E.—TRANSFER IN

R.F.C., AMERICAN EMBASSY
PARIS, FRANCE

[X] YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM) SHOWN IN PART A BELOW HAS ACCEPTED TRANSFER OF YOUR ENROLLMENT AND WILL CONTINUE IT.

## Part F.—SUSPENSION

[ ] YOUR ENROLLMENT HAS BEEN SUSPENDED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE.

## Part G.—REINSTATEMENT

[ ] YOUR ENROLLMENT HAS BEEN REINSTATED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE.

## Part H.—CHANGE IN NAME OF ENROLLEE

THE NAME IN WHICH THIS ENROLLMENT IS CARRIED HAS BEEN CHANGED TO: [ ]

| NAME | ADDRESS (INCLUDING ZIP CODE) IF DIFFERENT FROM PART A, ITEM 4, ABOVE | DATE OF BIRTH |
|---|---|---|

## Part I.—CHANGE IN ENROLLMENT—SURVIVOR ANNUITANT

YOUR ENROLLMENT HAS BEEN CHANGED FROM FAMILY COVERAGE TO SELF ONLY. YOUR PLAN WILL SEND YOU A NEW IDENTIFICATION CARD. [ ]

YOUR NEW ENROLLMENT CODE NUMBER [ ]

(NOTE: THIS ITEM TO BE COMPLETED BY RETIREMENT SYSTEMS ONLY.)

## Part J.—REMARKS

## Part K.—DATE OF NOTICE

| Leon Lerchbaum, Fiscal Officer/ar | August 17, 1970 |
|---|---|
| SIGNATURE OF AUTHORIZED AGENCY OFFICIAL | DATE |

| R.F.O., AMERICAN EMBASSY | PARIS, FRANCE |
|---|---|
| NAME OF AGENCY | ADDRESS (INCLUDING ZIP CODE) |

Quadruplicate—To Employing Office

U. S. Civil Service
Commission

FEDERAL EMPLOYEES HEALTH BENEFITS PROGRAM

## NOTICE OF CHANGE IN HEALTH BENEFITS ENROLLMENT

### Part A—IDENTIFYING DATA

| 1. NAME (LAST) (FIRST) (MIDDLE INITIAL) | 2. DATE OF BIRTH | 3. CARRIER CODE/ID. NO. |
|---|---|---|
| HENDERSON DAVID E. | 10/23/46 | 11218819 |
| 4. ADDRESS (INCLUDING ZIP CODE) | 5. PAYROLL OFFICE NO. | 6. ENROLLMENT CODE NO. |
| c/o Department of State | 19-00-0001 | 104 |
| Washington, D.C. 20520 | 7. DATE THIS NOTICE BECOMES EFFECTIVE | |
| | 8/8/70 | |

ONLY THE ITEM WHICH IS CHECKED BELOW AFFECTS YOUR ENROLLMENT. READ THAT ITEM CAREFULLY AND FOLLOW ANY PERTINENT INSTRUCTIONS. KEEP THIS FORM UNLESS YOUR ENROLLMENT IS TERMINATED AND YOU APPLY FOR CONVERSION.

### Part B—TERMINATION

☐ YOUR ENROLLMENT TERMINATES ON THE DATE IN PART A, ITEM 7, ABOVE.

### Part C—CHANGE IN PLAN

☐ YOUR ENROLLMENT SHOWN IN PART A, ITEM 6, ABOVE, HAS BEEN TERMINATED BECAUSE OF YOUR ENROLLMENT IN ANOTHER PLAN.

### Part D—TRANSFER OUT

☒ YOUR ENROLLMENT CONTINUES BUT IS TRANSFERRED TO YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM):

R.F.C. Paris

### Part E—TRANSFER IN

☐ YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM) SHOWN IN PART A BELOW HAS ACCEPTED TRANSFER OF YOUR ENROLLMENT AND WILL CONTINUE IT.

### Part F—SUSPENSION

☐ YOUR ENROLLMENT HAS BEEN SUSPENDED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE.

### Part G—REINSTATEMENT

☐ YOUR ENROLLMENT HAS BEEN REINSTATED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE.

### Part H—CHANGE IN NAME OF EMPLOYEE

THE NAME IN WHICH THIS ENROLLMENT IS CARRIED HAS BEEN CHANGED TO:

| NAME | DATE OF BIRTH | SEX |
|---|---|---|
| | | ☐ MALE ☐ FEMALE |
| ADDRESS (INCLUDING ZIP CODE) IF DIFFERENT | | |

### Part I—CHANGE IN ENROLLMENT—SURVIVOR ANNUITANT

YOUR ENROLLMENT HAS BEEN CHANGED FROM FAMILY DWELLING TO SELF-ONLY. YOUR PLAN WILL SEND YOU A NEW IDENTIFICATION CARD.

YOUR NEW ENROLLMENT

CODE NO.

(NOTE: THIS ITEM TO BE COMPLETED BY RETIREMENT SYSTEMS ONLY)

### Part J—REMARKS

### Part K—DATE OF NOTICE

| SIGNATURE OF AUTHORIZED AGENCY OFFICIAL | DATE |
|---|---|
| | 8/12/70 |

| NAME OF AGENCY | ADDRESS (INCLUDING ZIP CODE) |
|---|---|
| Department of State, Washington, D.C. 20520 | |

Standard Form No. 2810
April 1967
CSC Supplement 890-1

FORM DS-1032
11-63
(Exception to SF-50 approved by
CSC and B. of B. July 1962)

SERIAL NUMBER

## NOTIFICATION OF PERSONNEL ACTION

SERVICE

**FS**

| | | | |
|---|---|---|---|
| 1. NAME (CAPS) LAST-FIRST-MIDDLE | MR.-MISS-MRS. | 2. EMPLOYEE NO. & SEX | 3. BIRTH DATE (Mo. Da. Yr.) | 4. SOCIAL SECURITY NO. |

1. NAME (CAPS) LAST-FIRST-MIDDLE **HENDERSON DAVID ELLIS**   MR   
2. EMPLOYEE NO. & SEX  **261840  M**   
3. BIRTH DATE (Mo. Da. Yr.) **10-23-46**   
4. SOCIAL SECURITY NO. **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**

5. VETERAN PREFERENCE
1 - NO          3 - 10 PT. DISAB.          5 - 10 PT. OTHER
2 - 5 PT.       4 - 10 PT. COMP.
**1**

6. TENURE  CODE  **(1)  01**
7. SERVICE COMP. DATE  **09-01-69**
8 PHYSICAL HANDICAP NO.  **00**

9. FEGLI
1 - COVERED    2 - INELIGIBLE    3 - WAIVER
**3**

10. RETIREMENT    3 - FS
1 - CS    4 - NONE
2 - FICA  5 - OTHER
**3**

10A. MO. & YR. OF GRADE  **10-72**
11. (For CSC use)

12. NATURE OF ACTION  **460**  **LEAVE WITHOUT PAY NTE**
CODE  **9-1-74**

13. EFFECTIVE DATE  **09-01-73**
14. CIVIL SERVICE OR OTHER LEGAL AUTHORITY

15. FROM: POSITION TITLE AND NUMBER  **51-036    CONSULAR OFFICER VISA**  **DE -**
16. PAY PLAN AND OCCUPATION CODE  **FO-93025**
17. GRADE  **07**
18. SALARY  **PA$11,479.00**

19. NAME AND LOCATION OF EMPLOYING OFFICE  **DEPARTMENT OF STATE, WASHINGTON, D. C. 20520**
**CIUDAD JUAREZ        MEXICO**

20. TO: POSITION TITLE AND NUMBER
DPL. CODE
21. PAY PLAN AND OCCUPATION CODE
NEXT PSI DUE
22. GRADE
23. SALARY    WORK SCHED.

24. NAME AND LOCATION OF EMPLOYING OFFICE  **DEPARTMENT OF STATE, WASHINGTON, D.C. 20520**

25. DUTY STATION (City-County-State)  **CIUDAD JUAREZ        MEXICO**
26. LOCATION CODE  **MX1150000**

27. APPROPRIATION  **0113.0-2081-312802-000**
28. POSITION OCCUPIED
1 - COMPETITIVE
2 - EXCEPTED SERVICE
29. APPORTIONED POSITION
FROM:          TO:
1 - PROVED - 1
2 - WAIVED - 2
**TX** STATE

30. REMARKS:    A. SUBJECT TO COMPLETION OF 1    YEAR PROBATIONARY (OR TRIAL) PERIOD COMMENCING _____

B. SERVICE COUNTING TOWARD CAREER (OR PERMANENT) TENURE FROM: _____

SEPARATIONS: SHOW REASON BELOW, AS REQUIRED:    CHECK IF APPLICABLE:    C. DURING PROBATION    D. FROM APPOINTMENT OF 6 MONTHS OR LESS

This action is subject to all applicable laws, rules and regulations and may be subject to investigation and approval by the United States Civil Service Commission or the Department. This action may be corrected or canceled if not in accordance with all requirements.
The grade of the position to which you are officially assigned may be reviewed and corrected by the Department or by the Civil Service Commission.

31. DATE OF APPOINTMENT AFFIDAVIT (Accessions only)

32. OFFICE MAINTAINING PERSONNEL FOLDER (If different from employing office)

33. CODE EMPLOYING DEPARTMENT OR AGENCY  **DEPARTMENT OF STATE**
STOO

34. SIGNATURE (Or other authentication) AND TITLE  **WILLIAM B. HALL**  **DIRECTOR GENERAL**

35. DATE  **09-04-73**    SUBMITTING OFFICE NO. 2951

**2**    PERSONNEL FOLDER

SERVICE

**FS**

| | | | |
|---|---|---|---|
| 1. NAME (CAPS) LAST-FIRST-MIDDLE    MR.-MISS-MRS. | 2. EMPLOYEE NO. & SEX | 3. BIRTH DATE (Mo. Da. Yr.) | 4. SOCIAL SECURITY NO. |
| **HENDERSON, DAVID ELLIS**    **MR.** | **261840 M** | **10-23-46** | **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** |

| | | | |
|---|---|---|---|
| 5. VETERAN PREFERENCE | 6. TENURE    CODE | 7. SERVICE COMP. DATE | 8 PHYSICAL HANDICAP NO. |
| **1**    1 - NO    3 - 10 PT. DISAB.    5 - 10 PT. OTHER<br>2 - 5 PT.    4 - 10 PT. COMP. | **(1)**   **01** | **09-01-69** | |

| | | | |
|---|---|---|---|
| 9. FEGLI | 10. RETIREMENT   3 - FS | 10A. MO. & YR. OF GRADE | 11. (For CSC use) |
| **3**    1 - COVERED    2 - INELIGIBLE    3 - WAIVER | **3**   1 - CS   4 - NONE<br>2 - FICA 5 - OTHER | **10-72** | |

| | | |
|---|---|---|
| 12. NATURE OF ACTION    **CORRECTION** | 13. EFFECTIVE DATE | 14. CIVIL SERVICE OR OTHER LEGAL AUTHORITY |
| **602**<br>**460** CODE    **LEAVE WITHOUT PAY NTE**<br>**08-24-74** | **08-25-73** | |

| | | | |
|---|---|---|---|
| 15. FROM: POSITION TITLE AND NUMBER | 16. PAY PLAN AND OCCUPATION CODE | 17. GRADE | 18. SALARY |
| **31-036 CONSULAR OFFICER VISA** | **FO-93025** | **07** | **PA$11,479.00** |

| |
|---|
| 19. NAME AND LOCATION OF EMPLOYING OFFICE    DEPARTMENT OF STATE, WASHINGTON, D. C. 20520 |
| **CIUDAD JUAREZ,    MEXICO** |

| | | | |
|---|---|---|---|
| 20. TO: POSITION TITLE AND NUMBER | 21. PAY PLAN AND OCCUPATION CODE | 22. GRADE | 23. SALARY     WORK SCHED. |
| DPL. CODE |    NEXT PSI DUE | | |

| |
|---|
| 24. NAME AND LOCATION OF EMPLOYING OFFICE    DEPARTMENT OF STATE, WASHINGTON, D.C. 20520 |

| | |
|---|---|
| 25. DUTY STATION (City-County-State) | 26. LOCATION CODE |
| **CIUDAD, JUAREZ     MEXICO** | **MX1150000** |

| | | |
|---|---|---|
| 27. APPROPRIATION | 28. POSITION OCCUPIED | 29. APPORTIONED POSITION |
| **0113.0-2081-312802-000** | 1 - COMPETITIVE<br>2 - EXCEPTED SERVICE | FROM:    TO:     STATE<br>1 - PROVED - 1<br>2 - WAIVED - 2 |

30. REMARKS:    A. SUBJECT TO COMPLETION OF 1    YEAR PROBATIONARY (OR TRIAL) PERIOD COMMENCING

B. SERVICE COUNTING TOWARD CAREER (OR PERMANENT) TENURE FROM:

SEPARATIONS: SHOW REASON BELOW, AS REQUIRED.    CHECK IF APPLICABLE:    C. DURING PROBATION    D. FROM APPOINTMENT OF 6 MONTHS OR LESS

This action is subject to all applicable laws, rules and regulations and may be subject to investigation and approval by the United States Civil Service Commission or the Department. This action may be corrected or cancelled if not in accordance with all requirements.
The grade of the position to which you are officially assigned may be reviewed and corrected by the Department or by the Civil Service Commission.

**THIS CORRECTS DS-1032 F.S. JOURNAL DATED 09-05-73, ITEM 12 WHICH READ:
NTE 09-01-74 AND ITEM 13 WHICH READ: 09-01-73.**

| | |
|---|---|
| 31. DATE OF APPOINTMENT AFFIDAVIT (Accessions only) | 34. SIGNATURE (Or other authentication) AND TITLE |
| 32. OFFICE MAINTAINING PERSONNEL FOLDER (If different from employing office) | |
| 33. CODE EMPLOYING DEPARTMENT OR AGENCY<br>**XXXX DEPARTMENT OF STATE**<br>**ST00** | 35. DATE **06-3-74**    **DIRECTOR GENERAL**<br>SUBMITTING OFFICE NO. 2951 |

UNITED STATES DISTRICT
COURT FOR THE DISTRICT
OF COLOMBIA

DAVID E. HENDERSON
4835 Atlas, Apt. 8
El Paso, TX 79904
(915) 759-0024

FILED
MAY 27 2008
Clerk, U.S. District and
Bankruptcy Courts

Case: 1:08-cv-00888
Assigned To : Unassigned
Assign. Date : 5/27/2008
Description: PI/Malpracrice

V.

BRIDGET R. MUGRAVE
Attorney at Law
9250 Red Cart Court
Colombia, MD 21045-4011

RECEIVED
APR 28 2008
Clerk, U.S. District and
Bankruptcy Courts

COMPLAINT

plaintiff who was
foreign service office-
from the US state
Department 1989-1981
is attempting to get  1

2

a retroctive Medical Retirement from state.

Ms. Mugane has refused to give materials for his request since octiobers, 1982. Under Plaintiff retained to per-sue a Personnel Action to give him his job back and/or give him a medical Retirement.

Plaintiff Demands
four million dollars of
Damages, tripled
for Punitive Monetary
benefits of 12 million
Dollars and Tredled
by RICO for $36
million dollars.

Plaintiff requests
that Mr. Mugone
be Disbarred by
the DC and Maryland
Bars.

Plaintiff requests
a jury trial.

Respectfully,

David Esterkerson
pro se

PO Box 23004
El Paso, TX 79923

534-688

RECEIVED

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

JUDGE KATHLEEN CARDONE

UNITED STATES DISTRICT
COURT FOR Western Texas
El Paso Division

Robert Mueller
Director FBI
10th + Constitution NW
Washington DC 20530
Defendant.

**EP04CA0402**

Civil Action No

vs.

David Henderson
4635 Atlas #8
El Paso, TX 79004
plaintiff

**08 0888**

**FILED**

MAY 27 2008

Clerk, U.S. District and
Bankruptcy Courts

COMPLAINT FOR DAMAGES

In August 1993 FBI
agent Sykes Houston
threatened plaintiff with
death. Enclosed is a
claim for $48,000,000 filed

**FILED**

MAY − 9 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DAVID HENDERSON,                    :
                                    :
          Plaintiff,                :
                                    :
     v.                             :          Civil Action No.   **06 0859**
                                    :
ALBERTO GONZALES,                   :
                                    :
          Defendant.                :
                                    :

## DISMISSAL ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it

is

FURTHER ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

_____
United States District Judge

Date: April 30, 2006



Voice Mail
(512) 472-1620 Box 143

P. O. Box 684692
Austin, Texas 78788
July 4, 1993

The Honorable Janet Reno
Attorney General of the United States
U.S. Department of Justice
Tenth and Constitution, NW, Room 4400
Washington, D.C. 20530

Dear Madam Attorney General:

I refer to my letter to you of June 8 to which I have not received a reply. I am therefore resubmitting the following documents:

1. Standard Form 95, claim for damage in the amount of $12,000,000 submitted May 20, 1992 to the office of the Legal Advisor, U.S. Department of State;
2. Standard Form 95, claim for damage in the amount of $8,000,000 also submitted May 20, 1992 to the Legal Advisor, U.S. Department of State;
3. Standard Form 95, claim for damage in the amount of $20,000,000 submitted July 20, 1992 to the office of the Legal Advisor, U.S. Department of State;
4. Standard Form 95, claim for damage in the amount of $1,000,000 submitted January 29, 1991 to the office of the Legal Advisor, U.S. Department of State;
5. A more detailed explanation of the above tort claims;
6. A letter from the State Bar of California dated June 9, 1993 indicating my attorney Richard L. Robins is being disbarred. Although the disbarment involves another client it demonstrates the proof of my claim that Robins would take a bribe from the October Surprise conspirators to trash my cases and keep me from getting a court hearing.

On August 22, 1988 State Department contract background investigator Lawrence Thies attempted to bribe me with an offer of reappointment to the Foreign Service at $50,000 a year if I kept quiet about my knowledge that George Bush delayed the release of our hostages in October, 1980. Thies also threatened me with death stating that the CIA had killed my Grievance Panel member Woodrow Leake that year when Leake demanded that something be done about the October Surprise testimony in Mark Dion's December, 1980 deposition. The evidence has been removed from both the Grievance Staff and Grievance Board files and Thies took my personal copy from a North American Van Lines storage facility in Van Nuys, California in the course of his investigation. However, I believe Leake's widow probably still has a copy of this smoking gun, as it got her husband killed. Her address is not on file at



2

AID's retirement office as Thies convinced her I am a threat to her over the grievance case. Anyone interested in doing a real investigation of the October Surprise as opposed to the superficial one Congress did should get in touch with Leake's widow.

I call your attention to John Jackley's 1992 book <u>Hill Rat</u> in which he points out that October Surprise Task Force Chairman Lee Hamilton concealed the fact that an Iran-Contra witness at the Congressional hearing was a CIA agent. I wonder if the CIA has blackmailed or bribed Hamilton over the October Surprise issue as J. Edgar Hoover used to.

An FBI agent was one of the half dozen agencies listening live as the wired Thies made his 1988 bribes and threats to me. Since the issue was George Bush's treason, I am sure William Sessions knew about the tape of the conversation which the FBI and Secret Service will not give me, although a summary of it is in the Passport Office, also denied me by Stephen K. Berry of Clinton passport search fame. I am also enclosing a copy of Berry's September 28, 1992 letter to Congressman Pickle, two days before the search started for dirt in Clinton's file.

With my June 8 letter to you I enclosed a copy of the return mail receipts indicating the above claims were received by State. Within days, I had a theft from my apartment of a computer disk containing copies of my letter, as well as the envelope containing the return mail receipts. I am, therefore, requesting you give me copies under the Privacy Act of my June 8, 1993 letter to you with all the enclosures, including the copies of the return mail receipts.

Sine it is apparent that my civil rights are being violated and my life may be in danger, I also request that the FBI give me protection.


Sincerely yours

David E. Henderson

By Certified Mail No.                          P.O. Box 684692
                                               Austin, TX 78768
                                               September 10, 1993

The Honorable Janet Reno
Attorney General of the United States
U.S. Department of Justice
Tenth & Constitution, NW, Room 4400
Washington, DC 20530

Dear Madam Attorney General:

I am an attorney and former State Department Visa Officer who was hired by the
USINS to work as an amnesty adjudicator (GS-9 - Legalization Officer) on April 20,
1987. Due to the rapid staff up of the amnesty program, our background checks
were not completed before we were hired. According to Milton Pins, my boss and
Chief Legalization Officer in El Centro, my check turned up a record in the Passport
Office that I was a terrorist who had threatened to kill "President" George Bush in
1993. Pins, who was an ardent Bush supporter, started a campaign of harassment
against me, cutting off my pay for a month, denying me my medical enrollment
when I needed care, and finally transferring me illegally to Escondido, a wealthy
community 120 miles away, without per diem or travel expenses. Without a car
and unable to find affordable housing, I was forced to resign. After two and a half
months, I had not been issued an ID which the other employees had received after
three weeks. I complained about my treatment to Lonnie Mendenhall, the only
AFGE representative in our unit, and within two weeks of my "resignation" went to
the personnel office in San Diego, saw that my job was being advertised, and
attempted to reapply. I was refused cooperation and then applied for 26 other open
positions for which I qualified, in Southern California, to no avail. I then entered a
period of severe emotional and physical sickness.

In the course of the background investigation, a Reagan political appointee at State
became aware of my whereabouts and invited me to reapply to State. He stated that
the fastest way to get me back on the payroll was to hire me as a contract employee to
work at the US Consulate in Hermosillo to process agricultural workers under the
amnesty program. When there I was to be reinstated in the Foreign Service. The
officer probably assumed I would win a pro se law suit I had filed against State on
January 27, 1987 attempting to recover my job, David E. Henderson v. The U.S.
Department of State, CA-0386 in the U.S. District Court for DC. I submitted some
documents in June 1987 and an application and fingerprint chart in September, 1987.

In the course of the update of my security clearance, Diplomatic Security Officer
Larry Thies came across the statement in my passport file that I was an emotionally



| DEPARTMENT OF STATE | IS/FPC/CDR 184  Date: 12/16/94 | |
| --- | --- | --- |
| ( ✓ ) RELEASE    ( ) DECLASSIFY | MR Cases Only: | |
| ( ) EXCISE    ( ) DECLASSIFY | EO Citations _____ | |
| ( ) DENY                IN PART | | |
| ( ) DELETE Non-Responsive Info | _____ _____ TS authority to | |
| FOIA Exemptions _____ | ( ) CLASSIFY as    ( ) S or ( ) C OADR | |
| PA  Exemptions _____ | ( ) DOWNGRADE TS to ( ) S or ( ) C OADR | |

disturbed terrorist who had allegedly threatened George Bush. I had been informed that this information was there in January, 1987, by US Consul in Tijuana, Gregory Frost, who had refused to renew my passport. I have contacted Frost, who is still with State, several times, but he has not responded to my requests for assistance.

Thies also came across even more explosive information in my grievance file. At a hearing on December 1, 1980, I was falsely accused by my former supervisor, Mark Dion of leaking intelligence on George Bush and William Casey's trips to Europe in 1980 to cut a deal to delay the release of our hostages. I had confirmed the existence of the intelligence in a conversation with a CIA officer detailed to the Iran Desk and subsequently learned that a company I worked for upon leaving State, Anglo-American Aviation, had shipped F-4 airplane parts to Iran in 1981 as part of the payoff in the hostage deal.

I told this story in a talk at UCLA's School of Public Health in June, 1985, in which I examined the ballistic evidence that John Kennedy had been killed in a crossfire. I compared the JFK assassination to the October Surprise—Iran hostage release, stating that the FBI and Secret Service were complicit in both cases. I stated that George Bush would be the subject of an assassination attempt by Arab terrorists in 1993, which he "deserved" for his treason in delaying our hostages' release.

The talk was recorded by Dr. Jeffrey Wales and Dr. Paul Torrens of UCLA's faculty, who turned it over to the FBI. A summary or transcript then made its way into my passport file.

By the time I met Thies for my interview at the San Diego Public Library on August 22, 1988, the October surprise story had started to break. Unknown to me, author Barbara Honegger, starting in 1987, had made numerous radio appearances with the allegations. My interview with Thies, which had originally been scheduled for August 8, 1988, was delayed two weeks to August 22, the evening of a press conference, by Honegger at the Institute for Policy Studies in DC. Missing from the file of my background investigation are both the letter setting the August 8 meeting and the February, 1989 letter stating I could not be rehired as I had failed the background exam. The two-week delay until August 22 also gave Thies the opportunity to attempt to entrap me on drug smuggling charges, as I was driving a cab in San Diego.,

Thies came to the meeting wired live, with representatives of half a dozen agencies listening with a psychological stress evaluator. He asked me if I knew Barbara Honegger, Michael Riconosciutto, or Richard Brenneke. He became alarmed when I stated I had read about Brenneke two days before in the San Diego <u>Union</u> concerning his testimony at the Denver trial of Iran-Contra Pilot Adolf Rupp. Thies threatened me with arrest on drug smuggling charges, stating that the government



By Certified Mail
No.

P.O. Box 684692
Austin, Texas 78768
September 7, 1993

The Honorable Janet Reno
Attorney General of the United States
US Department of Justice, Room 4400
10th and Constitution, NW
Washington, DC 20530

Dear Madam Attorney General:

On August 12 last I was visited by US State Department Diplomatic security agents James Bryan and Peter Hargraves. The raid was ostensibly in reply to a letter I wrote their fellow agent Larry Thies urging him to repent of his part in the October Surprise cover-up. In reality the visit had the nature of a police raid with Hargraves angrily shaking his finger in my face and demanding to know if I meant any harm to Thies. Rather than contacting me through my post office box on my May 27, 1993 letter to their boss Assistant Secretary of State for Diplomatic Security, Clark Dittmer, the agents obtained my address from Texas Motor Vehicle records and made an unannounced visit. They seemed to know my routine as they showed up an hour before my 4:30 security guard job started, as I was about to go to the bus stop.

I would like to know since when the State Department's Office of Diplomatic Security had been authorized to be a domestic gestapo? You will note I have made a demand for two million dollars in damages in the enclosed letter to Warren Christopher. I would also like you to turn this case over to your civil rights division for investigation of violation of my civil rights. I am an inactive member of the Texas bar.

You will note that in my July 4 letter to you, copy enclosed, that I made a request under the Privacy Act for all the enclosures to my June 8, 1993 letter to you. This was a half-inch thick packet on the October Surprise, including copies of my return mail receipt for my December 21, 1992 Privacy Act appeal. Since State is tortiously claiming it never got the appeal, and since Clark Dittmer's agents stole the original of the receipts out of my residence in June, I repeat my request for the copies of the return mail receipts. I also repeat my request for FBI protection.

Sincerely yours

David E. Henderson

Encls:    July 4 letter to Reno
          September 7 letter to Christopher
          and attachments

DEPARTMENT OF STATE          IS/FPC/CDR _LAA_   Date: _12/16/94_
( ✓ ) RELEASE        ( ) DECLASSIFY    MR Cases Only:
( ) EXCISE           ( ) DECLASSIFY    EO Citations _____
( ) DENY             IN PART
( ) DELETE  Non-Responsive Info  _____ TS authority to
FOIA Exemptions _____   ( ) CLASSIFY as       ( ) S or ( ) C OADR
PA  Exemptions _____    ( ) DOWNGRADE TS to ( ) S or ( ) C OADR

P. O. Box 684892
Austin, TX 78768
March 14, 1994

The Honorable Janet Reno
Attorney General of the United States
U.S. Department of Justice
Tenth & Constitution, NW, Room 4400
Washington, DC 20530

Dear Madam Attorney General:

I wrote you on December 15, 1993 demanding $300 million dollars in damages from the Department of Justice for damage done to me in an attempt to silence me over the "October Surprise," and your negligence in failing to assist me. I subsequently received the enclosed December 13 letter from James Kovakas, an attorney in charge of the Civil Division. Mr. Kovakas' flip attitude toward my complaints evidences the arrogance of an agency that does not care how many lawsuits suits it engenders, indeed he almost seems to be encouraging me to litigate. Further, his wiseass suggestion that if I feel U.S. Attorney Diane Sullivan's conduct violated legal or ethical standards, I should contact the Office of Professional Responsibility suggests that Kovakas may be part of the "October Surprise" coverup. I understand that the Office of Professional Responsibility is dominated by Reagan-Bush holdovers, as I gather Mr. Kovakas is.

I am also enclosing a copy of a lawsuit I filed in U.S. District Court in Austin March 8 demanding over $100 million dollars in damages from the American Graduate School of International Management and the Texas Department of Commerce for spreading the slander of State Department Security Officer Larry Thies, that I am a drug smuggler and emotionally disturbed. You will note that the damages clause requests treble damages under RICO. Since State and Justice are acting like organized crime I will ask for treble damages in my lawsuit which I will file 180 days from your receipt of my December 15 letter, making the damages in that suit over one billion dollars.

I have a friend from law school who is on a Congressional staff, who checked with a DEA contact who informed him that DEA does in fact have information on me, giving the lie to the "no record" response to my Privacy Act request.

In May of 1993 the doorman at the South Forty Dance Club in Austin informed me that three individuals who assaulted and battered me were DEA agents and that they were going to "kill" me for allegedly threatening "one of their own," i.e. James Gormley, my former supervisor in the U.S. Embassy in Asuncion and subsequent head of the narcotics interdiction effort in Mexico City. Two weeks ago, after I had my first phone contact with former Israeli intelligence officer and "October Surprise" witness, Ari Ben-Menashe, documents were stolen from my



room, including Ben-Menashe's phone number.  The power in the pay phone I used was sporadically dropping off, as it did in another phone I used last summer that was certainly under surveillance.  The FBI informs me that their modern equipment would not create the power drop, but implicitly acknowledged my belief that persons using older equipment, such as retired CIA officers, may create that effect.

I am also enclosing a letter in the latest round in my battle to get documents from the State Department.  You will note that the head of State's FOIA/PA office, Frank Machak, has now committed a grave error.  He drafted a letter for Assistant Secretary for Congressional Affairs Wendy Sherman's signature containing a flat out lie, which I have documented in my March 9, 1994 letter to Assistant Secretary for Public Affairs Thomas Donilon.

Lying to Congress is of course nothing new to the national security bureaucracy.  I am enclosing a page from former CIA official John Stockwell's book "In Search of Enemies," in which he records how the CIA avoided Freedom of Information Act requests by moving documents from file to file.  Also enclosed is a "Newsweek" article outlining the CIA's utter contempt for Congress.

I will be guaranteed a hearing on the facts this time if for no other reason than I have been denied parts of my file under the Privacy Act.  As I tighten the noose around the neck of the "October Surprise" conspirators, I expect that an attempt will be made on my life.  I therefore request to be put in the FBI's Witness Protection Program.

Sincerely yours,

David E. Henderson
Encl: As stated

534-688

RECEIVED
OCT 20 04
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

JUDGE KATHLEEN CARDONE

UNITED STATES DISTRICT
COURT FOR Western Texas
EL PaSo Division

Robert Mueller
Director FBI
10th + Consilution NW
Washington, DC 20530
Defendant.

**EP04CA0402**

Civil Action No

VS.

David Henderson
4635 Atlas #8
El PaSo, Tx 79004
plaintiff

COMPLAINT FOR DAMAGES

In August 1993 FBI

agent Sykes Houston

threatened plaintiff with

death. Enclosed is a

claim for $48,000,000 filed

P.O. Box 684692
Austin, TX 78768
November 16, 1992

Mr. Lawrence Eagleburger
Secretary of State
U.S. Department of State
Washington, DC 20520

Dear Secretary Eagleburger:

I am a former foreign service officer (1969-1981) who was on the Current Intelligence staff in the Operations Center in 1974-1975, which wrote Henry Kissinger's Morning Intelligence Summary. I remember fondly preparing the briefing packets for "E" when you directed the Economic Bureau. I had a good working relationship with Jack Covey and Wes Egan, and Jack introduced me to Mr. Kissinger with a view to possibly serving as a staff assistant. I instead become the Current Intelligence Analyst for Africa(1975-1977) and served in the Office of Cuban Affairs in 1977-1978.

As a result of my experience on the Cuban Desk and subsequent assignment as Commercial Officer to Asuncion, Paraguay, under Ambassador Robert White, I became a Democrat for Reagan due to what I viewed as the Carter administration's generally inept performance in foreign policy. In an attempt to throw Florida and the 1980 election to Reagan, I initiated contact with John Carbaugh on Senator Jessle Helms' staff with the aim of publicly releasing some dissent channel messages I had written Tony Lake warning him the Moriel boat lift would take place if we did not take the initiative away from Castro on refugee affairs. Carbaugh put me in touch with John Maclean of the Chicago Tribune, my hometown paper. In the course of sharing information in a meeting in my residence on October 18, 1980, Maclean blurted out that George Bush was imminently about to travel to Paris to "take care" of the Iraq hostage situation of our colleagues from the Embassy in Teheran. Maclean was accompanied by Jerry Seper who stated that William Casey had already met with Iranian representatives in Madrid in July. Seper stated that the Secret Service had two alibis for George Bush; one that he was at home working on a speech to a Zionist organization and, second that he was at the Chevy Chase Country Club. When I naively inquired if the Carter White House knew of Bush's trip, MacLean immediately became alarmed and threatened me if I said anything about the Paris talks.



DEPARTMENT OF STATE                IS/FPC/CDR _____  Date _12/16/94_

( ) RELEASE        ( ) DECLASSIFY        MR Cases Only:
( ) EXCISE         ( ) DECLASSIFY        EO Citations _____
( ) DENY           IN PART
( ) DELETE Non-Responsive Info                                    TS authority to
FOIA exemptions _____          ( ) CLASSIFY as    ( ) S or ( ) C OADR
PA  Exemptions _____           ( ) DOWNGRADE TS to ( ) S or ( ) C OADR

The Monday after my Saturday meeting I called the Iran Desk and asked if they knew anything about Bush's Paris trip. A youthful sounding officer, whose name I cannot remember, confirmed that Bush made the trip and demanded angrily that <u>I tell him how I had seen the intelligence on the trip, as he said all copies were being recovered and destroyed.</u>

I refused to divulge my sources and then was subject to another attack from the officer who indicated that he knew I was pursuing a grievance concerning my assignment in Asuncion. When I asked whether the White House was aware of the trip, the Iran Desk Officer suggested I call Gary Sick on the NSC staff. I did so, after an attempt to get information from John MacLean who had now adopted an antagonistic, hostile stance, including repeated threats, and a statement that he was going to delay my story on the Mariel boat lift until after the election.

I suspected that I was being directed into a dead end by being referred to Sick, so I tested his knowledge of me by telling him that I was a grieviant but I had information about George Bush's trip to Paris and the Iran hostage release. Sick snapped that he couldn't get involved with my grievance but said he would check out my information. It seemed that he had been briefed about me beforehand and had already formed a negative impression. He became even more negative when I criticized the Desert One rescue operation as being poorly planned.

Sick never got back to me, so, I attempted to give the story to Tony Lake in December, after failing to get in touch with William Quandt on the NSC. The October Surprise issue had arisen in my December 1, 1980 deposition of Mark Dion, when at the conclusion of the hearing, Dion accused me of leaking intelligence on the Iran hostage release and George Bush's trip to Paris. Unfortunately, Dion and Mr. Greene, the staff assistant to the Grievance Board, arranged to have the three pages on the October Surprise bound and paginated separately from the rest of the record. The October Surprise testimony has been purged from the Grievance Staff's file and the the House October Surprise Committee looked at the Grievance staff file, but not at the Grievance Board file. Although House staffer Ted Planzos told me he sent an FBI agent to look at the Grievance Board file in February, this statement is probably a lie, as in a subsequent exchange of correspondence between Cong. Lee Hamilton and Cong. Jake Pickle, Hamilton said the October Surprise staff had looked at the Grievance Staff file on September 11, when it became available under my Privacy Act request. The fact that Hamilton's letter, undoubtedly drafted by Planzos, made no mention of an examination of my Grievance Board file indicates that Planzos lied when he said he sent an FBI agent to look in February. In July Planzos got confused with his



fabricated story and stated that he had sent the FBI agent to check my court file. Planzos also blatantly lied to me and Russ Hilgers, Cong. Pickle's aide, in stating that I had not given him my grievance file number. That excuse was suspicious in any case as Grievance Board secretary Cecily Wilson has the case names alphabetized in a Rolodex on her desk.

On June 13, I filed a Privacy Act request for my passport file and my grievance file. My passport file was returned with only "releasable material" with no indication as to what was not released and why. It is customary to provide a Privacy Act requestor such an inventory and I would like to enlist your assistance in this case. I am impressed with your professionalism in the case of Bill Clinton's passport file. In 1987-1988 a full field background investigation was launched on me, as I dropped a lawsuit and attempted to return to the payroll. Investigator Larry Thies, out of the Lawndale, California office, informed me that my passport file contained information that I was "an emotionally disturbed terrorist" who had allegedly threatened George Bush. The information came from a June 1985 talk I gave at UCLA in which I pointed out the complicity of the Secret Service in the Kennedy assassination by changing the parade route and stopping the car a full nine seconds while shots rang out from the front and back. I stated that the throat shot from the front had come from a Salvatore Bono, to whom I had issued a visa to return to the US in August, 1971 while serving at the US Consulate in Palermo, after being pressured by Consul Charlotte Allen who was dating a two-bit Mafioso. Ms. Allen was supported by Consul General Outerbridge Horsey, who said I should put a note in the file saying he had ordered me to issue the visa "in case he kills the President." Prison records show that a Salvatore Bono was released from the penitentiary in Oklahoma two weeks before the JFK assassination and that he disappeared. The records show he was left-handed, an interesting fact since the Italian bolt action rifle Lee Harvey Oswald allegedly used had the sites modified for use by a lefty. I recognized Bono as being one of the three tramps arrested and released immediately after the JFK assassination in Dealey Plaza.

In the same June, 1985 talk, I pointed out the complicity of the Secret Service in George Bush's October 18, 1980 treasonous trip to Paris. I then outlined a hypothetical assassination on the President in 1993 in Los Angeles. My scenario involved creating a massive traffic jam and having Molotov cocktails rain down on the Presidential limousine, forcing the occupants out into the open due to heat.

My talk was taped by Sociology Professor Jeffrey Wales who turned it over to the Secret Service. The Presidential limousine was subsequently heat proofed, according to press reports. The tape is used



by the Secret Service in their training sessions, as I outlined other assassination scenarios, including having the Mafia dress as doctors and fire automatic weapons through the wall of an adjacent hospital room. A summary of the tape was placed in my passport file, where it was discovered by US Consul Gregory Frost when I asked him to review my passport in January, 1987. Frost and I were both members of the First Presbyterian Church of San Diego, and he repeated the story to our pastor Paul Pulliam. The information then made its way to Hollywood Presbyterian Church via attorney-elder Dennis Kaspar who raised it in a committee on Preparation for the Ministry as I sought to become a candidate for the Presbyterian Ministry. The other explosive thing that they found in my file was the October Surprise evidence. At the instigation of the head of Security, who was a high school graduate and fanatic Bush supporter, Thies attempted to entrap me on charges of drug smuggling by having an informant get in my cab and have me take him to Tijuana. After arriving, the informant told me he was going to purchase steroids and smuggle them into the US so I left him. Nevertheless, Thies threatened me with false charges of drug smuggling saying I would be criminally prosecuted if I came forward with October Surprise information.

I became aware of the fact that Thies was wired live. I proceeded to tell him the names of the half dozen members of various federal agencies who, were listening in Washington. Thies refused to accept my explanation as to how I knew the names, so I then informed him that my friends in the Chicago Mafia had used their computers to compromise all the phones in the State Department, particularly the number of the Intelligence watch office 632-8808. It was a result of this statement that the Department changed its prefix to 647 in the fall of 1988.I then told Thies that the new rug in the Lawndale Federal Building was equipped for electronic surveillance. The government ripped the rug out and tested it, finding nothing. Continuing the gag I decided to hoist Thies on his own petard of drug smuggling. I stated that there was a secret trail through the mountains between Mexicali, and Tecate, Baja, California used by smugglers. DEA spent hundreds of thousands of dollars looking for the non-existant trail with helicopter flights, according to Security Officer Costello.

In February, 1989, with George Bush safely inaugurated, I received a letter stating that I could not be rehired as I had failed the security exam. The next month, I was arrested by a DEA agent at my post office box in downtown Los Angeles, who stated that he could make an arrest without probably cause as all Los Angeles was a port area. I escaped by creating a public scene and taunting him to draw his weapon.



This was the start of a four year and continuing program of harassment by Larry Thies, using U.S. Customs, the Post Office, DEA, and local police. Thies ruined my relations with my family, my church, actual and potential employers, friends and my alumni association. Thies was able to spread the false story of narcotics smuggling by Assistant Secretary of Narcotics Affairs Mark Dion.

In May and June I filed a total $40 million dollars in damage claims against the Department which has not even acknowledged their receipt. I have therefore enlisted the assistance of Senator Bentsen who sent you a letter a week ago on my behalf. I intend to take the claims to court in January as well as file a claim against the Justice Department for obstruction of justice.

Legal advisor attorney Michele Truitt has been involved in violation of my constitutional rights since 1980. She knew that Mark Dion had taken most of the documents out of my file and whited my name out as drafting officer, putting in the name of my boss Jim Gormley. The file was introduced into my grievance record in its tampered state and I was not allowed to see it, due to the complicity of Dick Greene of the Grievance Board and Mark Dion. The Justice Department thinks it has me blocked as it knows I lost my copy of a 1987 lawsuit in the course of a move, and that Thies entered a storage facility in Van Nuys, California in 1988 to steal other things I need for the suit such as Mark Dion's transcript. However, I have multiple causes of action and will find a court which is interested in getting to the bottom of this which is bigger than Watergate.

You can assure your place in history by recovering my files in the Legal Advisor's office and Security, before they are destroyed before the next administration comes in. I do not know if you have jurisdiction over the supposedly independent Foreign Service Grievance Board but I urge you to look for the October Surprise information in Mark Dion's testimony of December 1, 1980. Larry Thies told me Dion has been told he will never be an ambassador for tampering with my work file . However, he could not be fired as he would have blown open the October Surprise story. I do not know why Dion was talking to the Iran Desk in 1980 as he was DCM in El Salvador, but he obviously knew the whole October Surprise Story. It may have been that he got into touch with the same right wing extremists I did as we both became Reagan Democrats. Ambassador Robert White believes that Dion betrayed him. White was fired the day after the January 20, 1980 inauguration per my threat to John Carbaugh that he be fired, or I would blow the October Surprise story. I, in fact was attempting to give the story to Tony Lake at the same time, but Lake refused to see me. According to his staff assistant Ed O' Donnel,





United States
**Office of
Personnel Management**

OPF/EMF Access Unit
Post Office Box 18673
St. Louis, Missouri 63118

JAN 1 7 1995      In Reply Refer To

Honorable Phil Gramm
United States Senator
2323 Bryan Street, Number 1500
Dallas, Texas   75202

                          Re:  Mr. David E. Henderson

Dear Senator Gramm:

Enclosed for your records is a copy of the letter which
transmitted the requested records to your constituent
referenced above.

                          Sincerely,

                          Pamela J. Carnes
                          Supervisory Personnel Assistant

Enclosure

**B** | Name and address of employer's organization (include Zip Code if known) | Dates employed (give month, day, year) | Average number of hours per week | Number of employees you supervised

From: 9/69    To: 2/72

U.S. Department of State
2201 C Street NW
Washington D.C. 20520

Salary or earnings
Starting $ 7,199 per Yr
Ending $2,5,000 per Yr

Your reason for leaving
return to school

Your immediate supervisor
Name: Irvin Russell    Area Code: 202    Telephone No.: 632-4206

Exact title of your job: Foreign Service

If Federal employment (civilian or military) list series, grade or rank, and, if promoted in this job, the date of your last promotion
FS0-6  11  1978

Description of work: Describe your specific duties, responsibilities and accomplishments in this job, **including** the job title(s) of any employees you supervised. *If you describe more than one type of work (for example, carpentry and painting, or personnel and budget), write the approximate percentage of time you spent doing each.*

worked in Consulates and Embassys
to assist US citizens

**For Agency Use (skill codes, etc.)**

## OTHER CHANGES OR ADDITIONS AND ADDITIONAL SPACE

**9** Does **any other information** on your SF 171 need updating *(for example, telephone number, education, or special skills)?*

YES — Provide updated information in **10.**
NO — Go to **11** and **12.**

**10** Write the number to which each answer applies. **If you need more space,** use sheets of paper the same size as this page. On each sheet write your name and Social Security Number. Attach all sheets to this form.

## SIGNATURE, CERTIFICATION, AND RELEASE OF INFORMATION *For Privacy Act Statement, See SF 171*

# YOU MUST SIGN THIS APPLICATION.  Read the following carefully before you sign.

- A false statement on any part of your application may be grounds for not hiring you, or for firing you after you begin work. Also, you may be punished by fine or imprisonment (U.S. Code, title 18, section 1001).
- **I understand** that any information I give may be investigated as allowed by law or Presidential order.
- **I consent** to the release of information about my ability and fitness for Federal employment **by** *employers, schools, law enforcement agencies and other individuals and organizations,* **to** *investigators, personnel staffing specialists, and other authorized employees of the Federal Government.*
- **I certify** that, to the best of my knowledge and belief, **all** of my statements are true, correct, complete, and made in good faith.

**11 SIGNATURE** *(Sign in dark ink)*

**12 DATE SIGNED** *(Month, day, year)*
7/31/05

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
_WWW.CA4.USCOURTS.GOV_

PATRICIA S. CONNOR                                              TELEPHONE
CLERK                                                        (804) 916-2700

October 31, 2007

**CONFIDENTIAL**

Mr. David E. Henderson
P.O. Box 23004
El Paso, TX  79923

**No. 07-9080, In the Matter of a Judicial Complaint Under 28 U.S.C. § 351**

Dear Mr. Henderson:

    I acknowledge receipt of your judicial complaint against Judges Motz, Wilkins, and
Luttig.  It will be forwarded to the appropriate judge for action.

                                   Sincerely,

                                   Patricia S. Connor /smv

                                   Patricia S. Connor

PSC:swv

# Application for Federal Employment - SF 171

Form Approved:
OMB No. 3206-0012

*Read the instructions before you complete this application. Type or print clearly in dark ink.*

## GENERAL INFORMATION

**1** What kind of job are you applying for? *Give title and announcement number (if any)*
RB-WR-2 Legalization Adjudicator 2/2/1987

**2** If the announcement lists several job titles, which jobs are you applying for?
GS-1801-5; GS1801-7

**3** Social Security Number  354 | 38 | 9511

**4** Birth date *(Month, Day, Year)*  10/23/46

**5** Name *(Last, First, Middle)*
HENDERSON, David Ellis
Street address or RFD number *(include apartment number, if any)*
PO Box 126043
City: San Diego  State: CA  ZIP Code: 92112

**6** Other names ever used

**7** Sex *(for statistical use)*  ☒ Male  ☐ Female   not there

**8** Home Phone  Area Code | Number

**9** Work Phone  Area Code 619  Number 231-8053  Ext.   not there

**0** Were you ever employed as a civilian by the Federal Government? If "NO", go to 11.
If "YES", mark each type of job you held with an "X".
☐ Temporary  ☐ Career-Conditional  ☒ Career  ☐ Excepted
What is your highest grade, classification series and job title?
Foreign Service Officer FSO-6 equivalent  GS-11
Dates at highest grade: FROM 10/1978  TO 2/1981

**11** Do you have any applications for Federal employment on file with the U.S. Office of
Personnel Management? If "NO", mark here ☒ and go to 12. If "YES", write below
and continue in 47 the information for each application: (a) the name of the office that
has your application; (b) the title of the job; (c) the date of your Notice of Results; and
(d) your rating.

### FOR USE OF EXAMINING OFFICE ONLY

☐ Material
☐ Submitted
☐ Returned

Entered register

Notations

Form reviewed:
Form approved:

| Option | Grade | Earned Rating | Preference | Aug Rating |
|--------|-------|---------------|------------|------------|
| | | | ☐ 5 Points (Tent.) | |
| | | | ☐ 10 Pts. (30%) Or More Comp. Dis | |
| | | | ☐ 10 Pts. Less Than 30% Comp. Dis | |
| | | | ☐ Other 10 Points | |
| | | | ☐ Disallowed | |

Initials and Date   ☐ Being Investigated

### FOR USE OF APPOINTING OFFICER ONLY
Preference has been verified through proof that the separation
was under honorable conditions, and other proof as required.

☐ 5-Point  ☐ 10 Point—30% or More Compensable Disability  ☐ 10 Point—Less Than 30% Compensable Disability  ☐ 10 Point—Other

Signature and Title

Agency  Date

## AVAILABILITY

**12** When can you start work? *(Month and Year)*  3/1987

**13** What is the lowest pay you will accept?
Pay $ 14,822 per annum  OR Grade

**14** Are you willing to work:

| | | YES | NO |
|---|---|---|---|
| A. | In the Washington, D.C. metropolitan area? | | X |
| B. | Outside the 50 United States? | | X |
| C. | Any place in the United States? | | X |
| D. | Only in *(list the location(s))* | | |

San Diego, Calif.
Phoenix, AZ
Hollywood, Calif

**15** Are you willing to work:

| | | YES | NO |
|---|---|---|---|
| A. | 40 hours per week (full-time)? | X | |
| B. | 25-32 hours per week (part-time)? | | X |
| C. | 17-24 hours per week (part-time)? | | X |
| D. | 16 or fewer hours per week (part-time)? | | X |
| E. | an intermittent job (on-call/seasonal)? | | X |
| F. | Weekends, shifts, or rotating shifts? | | X |

**16** Are you willing to take a temporary job lasting:

| | | YES | NO |
|---|---|---|---|
| A. | 5 to 12 months (sometimes longer)? | | X |
| B. | 1 to 4 months? | | X |
| C. | Less than 1 month? | | X |

**17** Are you willing to travel away from home for:

| | | YES | NO |
|---|---|---|---|
| A. | 1 to 5 nights each month? | | X |
| B. | 6 to 10 nights each month? | | X |
| C. | 11 or more nights each month? | | X |

## MILITARY SERVICE AND VETERAN PREFERENCE

**18** Have you served on active duty in the United States Military Service?
*If your only active duty was training in the Reserves or National Guard,
answer "NO". If "NO" go to 22*

| | YES | NO |
|---|---|---|
| | | X |

**19** Were you honorably discharged from the military service? *If your dis-
charge was changed to "honorable" or "general" by a Discharge Review
Board, answer "YES". If you received a clemency discharge, answer
"NO". If "NO", explain in 47*

**20** Did you or will you retire at or above the rank of major or lieutenant
commander?

**21** List the dates, branch, and serial number for all active duty service.

| FROM | TO | BRANCH OF SERVICE | SERIAL NUMBER |
|------|-----|-------------------|---------------|
| | | | |

**22** Place an "X" in the box next to your Veteran Preference claim. Mark only **one** box.
See the instructions for eligibility information.

☒ NO PREFERENCE

**2** ☐ 5-POINT PREFERENCE—You must show proof when you are hired.

☐ 10-POINT PREFERENCE—If you claim 10-point preference, you must complete
a Standard Form 15, which is available at any Federal Job Information Center.
ATTACH THE COMPLETED SF 15 TO THIS APPLICATION, TOGETHER WITH THE
PROOF REQUESTED IN THE SF 15.

**3** ☐ Non-compensably disabled or Purple Heart recipient
**4** ☐ Compensably disabled (less than 30%)
**5** ☐ Spouse, widow(er), or mother.
**6** ☐ Compensably disabled (30% or more).

Form Appro
OMB No. 3:

**1. Name** (Last, First, Middle)
Henderson, David Ellis

**2. Social Security Number**
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

**3. Job Title or Announcement Number You Are Applying For**
Consultant-Expert Consular

**4. Date Completed**
September, 1987

## ADDITIONAL WORK EXPERIENCE BLOCKS IF NEEDED

### [X]

**Name and address of employer's organization** (include ZIP Code if known)
Legal Office of David Grey
1800 Vine
Hollywood, CA 91605

**Dates employed** (give month and year)
From 10/1982  To 6/1983

**Salary or earnings**
Starting $ 1400 per week
Ending $ 1600 per week

**Average number of hours per week**
40

**Place of employment**
City Los Angeles
State CA

**Exact title of your job**
immigration attorney

**Your immediate supervisor**
Name Diana Veenhuis
Area Code 213  Telephone Number 469-5900

**Number and job titles of any employees supervised**
1 secretary

**Kind of business or organization** (manufacturing, accounting, social service etc.)
immigration

**If Federal employment** (civilian or military) list series grade or rank and the date of your last promotion
NA

**Your reason for leaving**
another job

**Description of work** Describe your specific duties responsibilities and accomplishments in this job  If you describe more than one type of work for example carpentry and painting or personnel and budget, write the approximate percentage of time you spent doing each

did all types of immigration and nationality cases

*For Agency Use (skill codes, etc*

### [X]

**Name and address of employer's organization** (include ZIP Code if known)
US State Department
2501 C Sts, NW
Washington, DC 20520

**Dates employed** (give month and year)
From 9.1969  To 2/1981

**Salary or earnings**
Starting $8,149 per annum
Ending $25,144 per annum

**Average number of hours per week**
40

**Place of employment**
City Washington
State DC overseas

**Exact title of your job**
Foreign Service Officer

**Your immediate supervisor**
Name various
Area Code 647  Telephone Number 4000

**Number and job titles of any employees supervised**
2 clerical

**Kind of business or organization** (manufacturing, accounting, social service, etc.)
consular, diplomacy

**If Federal employment** (civilian or military) list series grade or rank and the date of your last promotion
FSO-6, November 1978

**Your reason for leaving**
private sector

**Description of work** Describe your specific duties, responsibilities and accomplishments in this job  If you describe more than one type of work (for example carpentry and painting or personnel and budget) write the approximate percentage of time you spent doing each

visa and passport officer in Palermo, Italy, Ciudad Juarez, Mexico, commercial officer, Asuncion Paraguay, Cuban Desk consular and refugee affairs

*For Agency Use (skill codes, etc*

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER

PREVIOUS EDITION USABLE    NSN 7540-00-935-7157    171-205

Standard Form 171-A (Rev. 2-
Office of Personnel Manage
FPM Chapter 295

**23** May we ask your present employer about your character, qualifications and work record? A "NO" will not affect our review of your qualifications. If you answer "NO" and we need to contact your present employer before we can offer you a job, we will contact you first .................... 

| | YES | NO |
|---|---|---|
| | | X |

- INCLUDE VOLUNTEER WORK (non-paid work)—If the work (or a part of the work) the job you are applying for, complete all parts of the experience block just as you for a paying job. You may receive credit for work experience with religious, comm welfare, service, and other organizations.

**24** READ WORK EXPERIENCE ON THE INSTRUCTION PAGE BEFORE YOU BEGIN
- Describe your current or most recent job in Block A and work backwards, describing each job you held during the past 10 years.
- You may sum up in one block work that you did more than 10 years ago. But, if that work is related to the type of job you are applying for, describe each related job in a separate block
- If you were unemployed for longer than 3 months, list the dates and your address(es) at that time in 47. Do not list unemployment that was more than 10 years ago.

- INCLUDE MILITARY SERVICE—You should complete all parts of the experience blo as you would for a non-military job, including all supervisory experience. Describe major change of duties or responsibilities in a separate experience block
- IF YOU NEED MORE EXPERIENCE BLOCKS OR MORE SPACE TO DESCRIBE A JO For more blocks, use the SF 171-A or sheets of paper the same size as this page (be s include all information we ask for in A or B below). On each sheet show your name, Security Number, and the announcement number or job title. For more space continue in 47 on a sheet of paper as described above.
- IF YOU NEED TO UPDATE (ADD MORE RECENT JOBS), use the SF 172 or a sheet of as described above.

**A** Name and address of employer's organization (include ZIP Code, if known)

USINS
El Centro
CA 92243

| Dates employed (give month and year) | Average number of hours per week |
|---|---|
| From: 4/20/87 To: 7/9/87 | 41 |

| Salary or earnings | Place of employment |
|---|---|
| Starting $23,585 per annum | City El Centro |
| Ending $23,585 per annum | State CA |

Exact title of your job

Legalization Adjudicator

Your immediate supervisor
Name Milt Pins

| Area Code | Telephone Number | Number and job titles of any employees supervise(d) |
|---|---|---|
| 619 | 353-6420 | 1clerk |

Kind of business or organization (manufacturing, accounting, social service, etc.)

immigration

If Federal employment (civilian or military), list series, grade or rank, and the date of your last promotion

GS-9  4/20/87

Your reason for wanting to leave

personal reasons

Description of work. Describe your specific duties, responsibilities and accomplishments in this job. If you describe more than one type of work (for example, carpentry and painting or personnel and budget), write the approximate percentage of time you spent doing each

interviewed applicants for amnesty under IRCA under both agricultural andregular provisions and made decisions on their eligibility per IRCA and the INA

**B** Name and address of employer's organization (include ZIP Code, if known)    For Agency Use (skill codes, etc.)

Self Employed attorney/consultant
110 C St.
San Diego 92112

| Dates employed (give month and year) | Average number of hours per week |
|---|---|
| From 6/1985 To: 4/1987 | 40 |

| Salary or earnings | Place of employment |
|---|---|
| Starting $ 25,000 per | City San Diego, LA |
| Ending $ per | State |

Exact title of your job

attorney--immigration

Your immediate supervisor
Name none

| Area Code | Telephone Number | Number and job titles of any employees you supervised |
|---|---|---|
| 619 | 231-8053 | 1secretary |

Kind of business or organization (manufacturing, accounting, social service, etc.)

immigration

If Federal employment (civilian or military), list series, grade or rank, and the date of your last promotion

NA

Your reason for leaving

federal employment

Description of work. Describe your specific duties, responsibilities and accomplishments in this job. If you describe more than one type of work (for example, carpentry and painting or personnel and budget), write the approximate percentage of time you spent doing each

assisted aliens with all types of visa and citizenship applications, representing them before USINS, US State Department and the US Department of Labor

For Agency Use (skill codes, etc.)

## EDUCATION

**25** Did you graduate from high school or will you graduate within the next nine months, answer "Y"

YES [^] If "YES", give month and year of graduation: June 1963

NO ☐ If "NO", give the highest grade you completed:

**26** (Type and state) of the last high school you attended

**27** Have you ever attended college or graduate school? YES [X] If "YES", continue with 28 NO ☐ If "NO", go to 31

**28** NAME AND LOCATION (city, state and ZIP code) OF COLLEGE OR UNIVERSITY. If you expect to graduate within nine months, give the month and year you expect to receive your degree

| NAME AND LOCATION | From | To | Semester Hours OR Quarter Hours | TYPE OF DEGREE (e g B A M A) | YEAR OF DEGREE |
|---|---|---|---|---|---|
| 1) San Diego State, Calexico, CA | 1/86 | 6/87 | 12 | -- | ** |
| 2) AGSIM, 59th & Greenway Glendale, AZ | 5/81 | 5/82 | 54 | MIM | 1982 |
| 3) American University Washington, DC | 1/75 | 8/80 | 118 | JD/MA | 1980 |

**29**

| CHIEF UNDERGRADUATE SUBJECTS Show major on the first line | Semester Hours OR Quarter Hours |
|---|---|
| 1) Government | 30 |
| 2) History | 12 |

**30**

| CHIEF GRADUATE SUBJECTS Show major on the first line | Semester Hours OR Quarter Hours |
|---|---|
| 1) Law | 88 |
| 2) Latin America | 30 |

**31** Have you completed any other courses or training related to the kind of jobs you are applying for (for example, trade, vocational, Armed Forces, or business)? YES ☐ If "YES", give the information requested below. (More courses?—Use a sheet of paper) NO ☐ If "NO", go to 32

| MONTH AND YEAR TRAINING COMPLETED | TOTAL CLASSROOM HOURS | SUBJECT(S) | NAME AND LOCATION OF SCHOOL (City, state and ZIP code, if known) | CERTIFICATE DIPLOMA, if any |
|---|---|---|---|---|
| 1) November71 | 400 | Intensive Spanish | Foreign Service Institute Arlington, VA | certi |
| 2) | | | | |
| 3) | | | | |

## SPECIAL SKILLS, ACCOMPLISHMENTS AND AWARDS

**32** List your special qualifications, skills or accomplishments that may help you get a job. Some examples are: skills with machines; most important publications (do not submit copies); public speaking and writing experience; membership in professional or scientific societies; patents or inventions; etc.

**33** How many words per minute can you: TYPE? 55 TAKE DICTATION? 0 Agencies may test your skills before hiring you.

**34** List job-related licenses or certificates that you have, such as: registered nurse; lawyer; radio operator; driver's; pilot's; etc.

| LICENSE OR CERTIFICATE | DATE OF LATEST LICENSE OR CERTIFICATE | STATE OR OTHER LICENSING AGENCY |
|---|---|---|
| 1) State Bar of Texas | 1978 | Texas Supreme Court |
| 2) | | |

**35** Do you speak or read a language other than English (include sign language)? YES [X] If "YES", list each language and place an "X" in each column that applies to you NO ☐ If "NO", go to 36 Applicants for jobs that require a language other than English may be given an interview conducted solely in that language.

| LANGUAGE(S) | CAN PREPARE AND GIVE LECTURES | | CAN SPEAK AND UNDERSTAND | | CAN TRANSLATE ARTICLES | | CAN READ ARTICLES FOR OWN USE | |
|---|---|---|---|---|---|---|---|---|
| | Fluently | With Difficulty | Fluently | Passably | Into English | From English | Easily | With Difficulty |
| 1) Spanish | X | | X | | X | X | X | |
| 2) Portugese | | X | | X | X | X | | X |

**36** List any honors, awards, or fellowships you have received. For each, give the year it was received.

AB, Indiana University, Distinction and Departmental Honors

## REFERENCES

**37** List three people who are not related to you and who know your qualifications and fitness for the kind of job(s) for which you are applying. Do not list supervisors you listed under 24

| FULL NAME OF REFERENCE | PRESENT BUSINESS OR HOME ADDRESS (Number, street, city, state, and ZIP code) | TELEPHONE NUMBER(S) (Include area code) | BUSINESS OR OCCUPATION |
|---|---|---|---|
| 1) William Miller | INR/EC, US State Department | (202) 647-4000 | economist |
| 2) Harlan Roninson | INR/A F US State Department | (202) 647-4000 | analyst |
| 3) Richard Pyle | CIA, Langley VA | | analyst |

Form Approved:
OMB No. 3206-0012

• Attach all SF 171-A's to your application at the top of page 3.

| Name (Last, First, Middle) | 2. Social Security Number |
|---|---|
| Henderson, David Ellis | 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 |
| Job Title or Announcement Number You Are Applying For | 4. Date Completed |
| RB-WR-2 Legalization Adjuducator 2/2/1987 | 2/13/1987 |

## ADDITIONAL WORK EXPERIENCE BLOCKS IF NEEDED

**Name and address of employer's organization** (include ZIP Code, if known)
US State Department
2201 C St, NW
Washington, DC 20520

**Dates employed** (give month and year)
From 10/1969 To 2/1981
**Salary or earnings**
Starting $ 8.149 per annum
Ending $ 25,144 per annum

**Average number of hours per week**
48
**Place of employment**
City Washington
State DC

**Exact title of your job**
Foreign Service Officer

**Your immediate supervisor**
Name various
Area Code 202 Telephone Number 747-4000

**Number and job titles of any employees you supervised**
2 Professional aides

**Kind of business or organization** (manufacturing, accounting, social service, etc.)
government

If Federal employment (civilian or military) list series, grade or rank and the date of your last promotion
FSO-6 October 1978

**Your reason for leaving**
return to school

**Description of work** Describe your specific duties, responsibilities and accomplishments in this job. If you describe more than one type of work (for example carpentry and painting or personnel and budget), write the approximate percentage of time you spent doing each

Served AS US Vice Consul in Palermo, Italy, Ciudad Juarez, Mexico, and Asuncion, Paraguay. Interviewed applicants for visas and US passports in Spanish and Italian and made determinations as to eligibility. Questionned applicants as to bona fides of documents and statements in interviews.

**For Agency Use (skill codes, etc.)**

**Name and address of employer's organization** (include ZIP Code, if known)

**Dates employed** (give month and year)
From To
**Salary or earnings**
Starting $ per
Ending $ per

**Average number of hours per week**
**Place of employment**
City
State

**Exact title of your job**

**Your immediate supervisor**
Name
Area Code Telephone Number

**Number and job titles of any employees you supervised**

**Kind of business or organization** (manufacturing, accounting, social service, etc.)

If Federal employment (civilian or military) list series, grade or rank and the date of your last promotion

**Your reason for leaving**

**Description of work** Describe your specific duties, responsibilities and accomplishments in this job. If you describe more than one type of work (for example carpentry and painting or personnel and budget), write the approximate percentage of time you spent doing each

**For Agency Use (skill codes, etc.)**

THE FEDERAL GOVERNMENT IS AN EQUAL OPPORTUNITY EMPLOYER

PREVIOUS EDITION USABLE     NSN 7540-00-935-7157     171-205

Standard Form 171-A (Rev. 2/84)
Office of Personnel Management
FPM Chapter 235



United States Department of State

*Washington, D.C. 20520*

In accordance with subsection (c) of the Privacy Act (5 USC 552a, Public Law 93-579), this statement with attachments serves as an Accounting of Disclosure pursuant to a request for access to his/her personnel records by the individual to whom this file pertains.

U.S. Civil Service Commission

FEDERAL EMPLOYEES HEALTH BENEFITS PROGRAM

## NOTICE OF CHANGE IN HEALTH BENEFITS ENROLLMENT

7810-110

### Part A.— IDENTIFYING DATA

| 1. NAME (LAST) (FIRST) (MIDDLE INITIAL) | 2. DATE OF BIRTH | 3. CARRIER CONTROL NO. |
|---|---|---|
| **HENDERSON    DAVID    E.** | **10/23/46** | **4096161** |

| 4. ADDRESS (INCLUDING ZIP CODE) | 5. PAYROLL OFFICE NO. | 6. ENROLLMENT CODE NO. |
|---|---|---|
| **Department of State** | **19-00-0001** | **401** |
| **Washington, D.C. 20520** | 7. DATE THIS ACTION BECOMES EFFECTIVE | |
| | **9/2/73** | |

ONLY THE ITEM WHICH IS CHECKED BELOW AFFECTS YOUR ENROLLMENT. READ THAT ITEM CAREFULLY AND FOLLOW ANY PERTINENT INSTRUCTIONS. KEEP THIS FORM UNLESS YOUR ENROLLMENT IS TERMINATED AND YOU APPLY FOR CONVERSION.

### Part B.—TERMINATION

[ ]  YOUR ENROLLMENT TERMINATES ON THE DATE IN PART A, ITEM 7, ABOVE.

### Part C.— CHANGE IN PLAN

[ ]  YOUR ENROLLMENT SHOWN IN PART A, ITEM 6, ABOVE HAS BEEN TERMINATED BECAUSE OF YOUR ENROLLMENT IN ANOTHER PLAN.

### Part D.—TRANSFER OUT

[ ]  YOUR ENROLLMENT CONTINUES BUT IS TRANSFERRED TO YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM):

### Part E.—TRANSFER IN

YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM) SHOWN IN PART A BELOW HAS ACCEPTED TRANSFER OF YOUR ENROLLMENT AND WILL CONTINUE IT. [X]

### Part F.—SUSPENSION

[ ]  YOUR ENROLLMENT HAS BEEN SUSPENDED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE

### Part G.— REINSTATEMENT

YOUR ENROLLMENT HAS BEEN REINSTATED ON THE DATE IN PART A, ITEM 7, ABOVE [ ]

### Part H.— CHANGE IN NAME OR ADDRESS

THE NAME IN WHICH THIS ENROLLMENT IS CARRIED HAS BEEN CHANGED TO:

### Part I.— REMARKS

**Transferred from WFC**

### Part K.— DATE OF NOTICE

**10/1/73**
DATE

SIGNATURE OF AUTHORIZED AGENCY OFFICIAL

**Department of State    Washington, D.C. 20520**

NAME OF AGENCY    ADDRESS (INCLUDING ZIP CODE)

Standard Form No. 2810
April 1970

FEDERAL EMPLOYEES HEALTH BENEFITS PROGRAM

NOTICE OF CHANGE IN HEALTH BENEFITS ENROLLMENT

2810 110

## Part A.—IDENTIFYING DATA

| 1. NAME (LAST) | (FIRST) | (MIDDLE INITIAL) | 2. DATE OF BIRTH | 3. CARRIER CONTROL NO. |
|---|---|---|---|---|
| HENDERSON | DAVID | E | 10/23/46 | 401 |

4. ADDRESS (INCLUDING ZIP CODE)

Department of State
BF/FS/P

| 5. PAYROLL OFFICE NO. | 6. ENROLLMENT CODE NO. |
|---|---|
| 19-00-6320 | 401 |

7. DATE THIS ACTION BECOMES EFFECTIVE

9/1/73

ONLY THE ITEM WHICH IS CHECKED BELOW AFFECTS YOUR ENROLLMENT. READ THAT ITEM CAREFULLY AND FOLLOW ANY PERTINENT INSTRUCTIONS. KEEP THIS FORM UNLESS YOUR ENROLLMENT IS TERMINATED AND YOU APPLY FOR CONVERSION.

## Part B.—TERMINATION

☐ YOUR ENROLLMENT TERMINATES ON THE DATE IN PART A, ITEM 7, ABOVE.

## Part C.—CHANGE IN PLAN

☐ YOUR ENROLLMENT SHOWN IN PART A, ITEM 6, ABOVE HAS BEEN TERMINATED BECAUSE OF YOUR ENROLLMENT IN ANOTHER PLAN.

## Part D.—TRANSFER OUT

YOUR ENROLLMENT CONTINUES BUT IS TRANSFERRED TO YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM)

☒ BF/FS/P

## Part E.—TRANSFER IN

☐ YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM) SHOWN IN PART A BELOW HAS ACCEPTED TRANSFER OF YOUR ENROLLMENT AND WILL CONTINUE IT.

## Part F.—SUSPENSION

☐ YOUR ENROLLMENT HAS BEEN SUSPENDED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE.

## Part G.—REINSTATEMENT

☐ YOUR ENROLLMENT HAS BEEN REINSTATED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE.

## Part H.—CHANGES IN NAME OR ADDRESS

THE NAME IN WHICH THIS ENROLLMENT IS CARRIED HAS BEEN CHANGED TO:

NAME

☐ AVAIL
☐ FEMALE

ADDRESS (INCLUDING ZIP CODE) IF DIFFERENT FROM ABOVE, ITEM 4 ABOVE

## Part J.—REMARKS

transferred to BF/FS/P

## Part K.—DATE OF NOTICE

| Mary C. LeBlanc | 9/27/73 |
|---|---|
| SIGNATURE OF AUTHORIZED AGENCY OFFICIAL | DATE |

Department of State, Washington, D.C. 20520

(pp-20)

NAME OF AGENCY          ADDRESS (INCLUDING ZIP CODE)

Standard Form No. 2810
April 1969

For Official Personnel Folder

U.S. Civil Service Commission

FEDERAL EMPLOYEES HEALTH BENEFITS PROGRAM

**NOTICE OF CHANGE IN HEALTH BENEFITS ENROLLMENT**

2810-110

## Part A.—IDENTIFYING DATA

| 1. NAME (LAST) (FIRST) (MIDDLE INITIAL) | 2. DATE OF BIRTH | 3. CARRIER CONTROL NO. |
|---|---|---|
| HENDERSON   DAVID   E | 10/23/46 | 4096161 |

| 4. ADDRESS (INCLUDING ZIP CODE) | 5. PAYROLL OFFICE NO. | 6. ENROLLMENT CODE NO. |
|---|---|---|
| Department of State BF/FS/P | 19-00-6320 | 401 |

| 7. DATE THIS ACTION BECOMES EFFECTIVE |
|---|
| 9/1/73 |

ONLY THE ITEM WHICH IS CHECKED BELOW AFFECTS YOUR ENROLLMENT. READ THAT ITEM CAREFULLY AND FOLLOW ANY PERTINENT INSTRUCTIONS. KEEP THIS FORM UNLESS YOUR ENROLLMENT IS TERMINATED AND YOU APPLY FOR CONVERSION.

### Part B.—TERMINATION

☐ YOUR ENROLLMENT TERMINATES ON THE DATE IN PART A, ITEM 7, ABOVE.

### Part C.—CHANGE IN PLAN

☐ YOUR ENROLLMENT SHOWN IN PART A, ITEM A, ABOVE HAS BEEN TERMINATED BECAUSE OF YOUR ENROLLMENT IN ANOTHER PLAN.

### Part D.—TRANSFER OUT

YOUR ENROLLMENT CONTINUES BUT IS TRANSFERRED TO YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM):

### Part E.—TRANSFER IN

YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM) SHOWN IN PART X BELOW HAS ACCEPTED TRANSFER OF YOUR ENROLLMENT AND WILL CONTINUE IT. ☐

### Part F.—SUSPENSION

☐ YOUR ENROLLMENT HAS BEEN SUSPENDED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE.

### Part G.—REINSTATEMENT

YOUR ENROLLMENT HAS BEEN REINSTATED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE. ☐

### Part H.—CHANGE IN NAME OR ENROLLEE

| THE NAME IN WHICH THIS ENROLLMENT IS CARRIED HAS BEEN CHANGED TO | DATE OF BIRTH | SEX |
|---|---|---|
| NAME | | ☐ MALE  ☐ FEMALE |
| ADDRESS (INCLUDING ZIP CODE) | | |

YOUR ENROLLMENT WILL BE CONTINUED, CHANGE TO YOUR PLAN WILL SEND YOU A NEW IDENTIFICATION CARD. ☐

(NOTE: TYPE OR PRINT IN CAPITAL LETTERS, IN INK)

### Part J.—REMARKS

SF-2810 transferring employee out in error.   Employee still active See SF-2811 report #73-24 dated 10/15/73.

### Part K.—DATE OF NOTICE

| Mary C. LeBlanc | 4/26/74 |
|---|---|
| SIGNATURE OF AUTHORIZED AGENCY OFFICIAL | DATE |

| Department of State, Washington DC | |
|---|---|
| NAME OF AGENCY | ADDRESS (INCLUDING ZIP CODE) |

Classifications —For Official Personnel Folder

Standard Form No. 2810
April 1969

| Standard Form No. 2810<br>U. S. Civil Service Commission<br>FPM Supplement 990-1<br>August 1966 | FEDERAL EMPLOYEES HEALTH BENEFITS PROGRAM<br>NOTICE OF CHANGE IN HEALTH BENEFITS ENROLLMENT | 2810-107 |

## Part A.—IDENTIFYING DATA

| 1. NAME    (LAST)    (FIRST)    (MIDDLE INITIAL) | 2. DATE OF BIRTH | 3. CARRIER CONTROL NO. |
|---|---|---|
| HENDERSON    DAVID    S. | 10-23-46 | 11218819 |
| 4. ADDRESS (INCLUDING ZIP CODE) | 5. PAYROLL OFFICE NO. | 6. ENROLLMENT CODE NO. |
| R.F.C., AMERICAN EMBASSY<br>PARIS, FRANCE | 19-00-6207 | 1 0 4 |
| | 7. DATE THIS ACTION BECOMES EFFECTIVE | |
| | 08-09-70 | |

ONLY THE ITEM WHICH IS CHECKED BELOW AFFECTS YOUR ENROLLMENT. READ THAT ITEM CAREFULLY AND FOLLOW ANY PERTINENT INSTRUCTIONS. KEEP THIS FORM UNLESS YOUR ENROLLMENT IS TERMINATED OR YOU TRANSFER TO ANOTHER PAYROLL OFFICE.

### Part B.—TERMINATION

[ ] YOUR ENROLLMENT TERMINATES ON THE DATE IN PART A, ITEM 7, ABOVE.

### Part C.—CHANGE IN PLAN

[ ] YOUR ENROLLMENT SHOWN IN PART A, ITEM 6, ABOVE HAS BEEN TERMINATED BECAUSE OF YOUR ENROLLMENT IN ANOTHER PLAN.

### Part D.—TRANSFER OUT

[ ] YOUR ENROLLMENT CONTINUES BUT IS TRANSFERRED TO YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM):

### Part E.—TRANSFER IN

R.F.C., AMERICAN EMBASSY<br>PARIS, FRANCE

YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM) SHOWN [X] IN PART E BELOW HAS ACCEPTED TRANSFER OF YOUR ENROLLMENT AND WILL CONTINUE IT.

### Part F.—SUSPENSION

[ ] YOUR ENROLLMENT HAS BEEN SUSPENDED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE.

### Part G.—REINSTATEMENT

[ ] YOUR ENROLLMENT HAS BEEN REINSTATED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE.

### Part H.—CHANGE IN NAME OF ENROLLEE

THE NAME IN WHICH THIS ENROLLMENT IS CARRIED HAS BEEN CHANGED TO: [ ]

| NAME | ADDRESS (INCLUDING ZIP CODE) IF DIFFERENT FROM PART A, ITEM 4, ABOVE | DATE OF BIRTH |

### Part I.—CHANGE IN ENROLLMENT—SURVIVOR ANNUITANT

YOUR ENROLLMENT HAS BEEN CHANGED FROM FAMILY COVERAGE TO SELF ONLY. YOUR PLAN WILL SEND YOU A NEW IDENTIFICATION CARD. [ ]

YOUR NEW ENROLLMENT CODE NUMBER

(NOTE: THIS ITEM TO BE COMPLETED BY RETIREMENT SYSTEMS ONLY)

### Part J.—REMARKS

### Part K.—DATE OF NOTICE

| Leon Lerchbaum, Fiscal Officer/ar | August 17, 1970 |
|---|---|
| SIGNATURE OF AUTHORIZED AGENCY OFFICIAL | DATE |
| R.F.C., AMERICAN EMBASSY | PARIS, FRANCE |
| NAME OF AGENCY | ADDRESS (INCLUDING ZIP CODE) |

U.S. GOVERNMENT PRINTING OFFICE: 1966   289-530        Quadruplicate—To Employing Office

FEDERAL EMPLOYEES HEALTH BENEFITS PROGRAM

U.S. Civil Service
Commission

## NOTICE OF CHANGE IN HEALTH BENEFITS ENROLLMENT

### Part A — IDENTIFYING DATA

| 1. NAME (LAST) (FIRST) (MIDDLE INITIAL) | 2. DATE OF BIRTH | 3. CARRIER CODE NO. |
|---|---|---|
| HENDERSON   DAVID   E. | 10/23/46 | 11218819 |

2. ADDRESS (INCLUDING ZIP CODE)

c/o Department of State

Washington, D.C. 20520

| 4. PAYROLL OFFICE NO. | 6. ENROLLMENT CODE NO. |
|---|---|
| 19-00-0001 | 104 |

7. DATE THIS ACTION BECOMES EFFECTIVE

8/8/70

ONLY THE ITEM WHICH IS CHECKED BELOW AFFECTS YOUR ENROLLMENT. READ THAT ITEM CAREFULLY AND FOLLOW ANY PERTINENT INSTRUCTIONS. KEEP THIS FORM UNLESS YOUR ENROLLMENT IS TERMINATED AND YOU APPLY FOR CONVERSION.

### Part B — TERMINATION

[ ] YOUR ENROLLMENT TERMINATES ON THE DATE IN PART A, ITEM 7, ABOVE.

### Part C — CHANGE IN PLAN

[ ] YOUR ENROLLMENT SHOWN IN PART A, ITEM 6, ABOVE, THE ENROLLMENT CODE OF YOUR ENROLLMENT IN ANOTHER PLAN.

### Part D — TRANSFER OUT

[X] YOUR ENROLLMENT CONTINUES BUT IS TRANSFERRED TO YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM):

R.F.C. Paris

### Part E — TRANSFER IN

[ ] YOUR NEW PAYROLL OFFICE (OR RETIREMENT SYSTEM) SHOWN IN PART A BELOW HAS ACCEPTED TRANSFER OF YOUR ENROLLMENT AND WILL CONTINUE IT.

### Part F — SUSPENSION

[ ] YOUR ENROLLMENT HAS BEEN SUSPENDED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE.

### Part G — REINSTATEMENT

[ ] YOUR ENROLLMENT HAS BEEN REINSTATED, EFFECTIVE ON THE DATE IN PART A, ITEM 7, ABOVE.

### Part H — CHANGE IN NAME OF ENROLLEE

| THE NAME IN WHICH THIS ENROLLMENT IS CARRIED HAS BEEN CHANGED TO: | | | |
|---|---|---|---|
| NAME | DATE OF BIRTH | SEX | [ ] MALE [ ] FEMALE |
| ADDRESS (INCLUDING ZIP CODE) IF DIFFERENT | | | |

### Part I — CHANGE IN ENROLLMENT — SURVIVING ANNUITANT

YOUR ENROLLMENT HAS BEEN CHANGED FROM FAMILY COVERAGE TO SELF ONLY. YOUR PLAN WILL SEND YOU A NEW IDENTIFICATION CARD.

YOUR NEW ENROLLMENT CODE NUMBER

(NOTE: THIS ITEM TO BE FILLED IN BY RETIREMENT SYSTEMS ONLY)

### Part J — REMARKS

### Part K — DATE OF NOTICE

| SIGNATURE OF AUTHORIZED AGENCY OFFICIAL | DATE |
|---|---|
| | 8/12/70 |

| NAME OF AGENCY | ADDRESS (INCLUDING ZIP CODE) |
|---|---|
| Department of State, Washington, D.C.  20520 | |

Retain in Employee's Official Personnel Folder

Standard Form 2810
April 1969
CSC Supplement 890-1

FORM DS-1032
11-63
(Exception to SF-50 approved by
CSC and B. of B. July 1962)

FINAL NUMBER

**NOTIFICATION OF PERSONNEL ACTION**

SERVICE
FS

| 1. NAME (CAPS) LAST-FIRST-MIDDLE | MR.-MISS-MRS. | 2. EMPLOYEE NO. & SEX | 3. BIRTH DATE (Mo. Da. Yr.) | 4. SOCIAL SECURITY NO. |
|---|---|---|---|---|
| HENDERSON DAVID ELLIS | MR | 261840  M | 10-23-46 | 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 |

| 1 | 5. VETERAN PREFERENCE 1 - NO  3 - 10 PT. DISAB.  5 - 10 PT. OTHER  2 - 5 PT.  4 - 10 PT. COMP. | 6. TENURE  CODE (1)  01 | 7. SERVICE COMP. DATE 09-01-69 | 8 PHYSICAL HANDICAP NO. 00 |
|---|---|---|---|---|

| 9. FEGLI 3 | 1 - COVERED    2 - INELIGIBLE    3 - WAIVER | 10. RETIREMENT  3 - FS 3  1 - CS  4 - NONE  2 - FICA  5 - OTHER | 10A. MO. & YR. OF GRADE 10-72 | 11. (For CSC use) |
|---|---|---|---|---|

| 12. NATURE OF ACTION 460 CODE | LEAVE WITHOUT PAY NTE 9-1-74 | 13. EFFECTIVE DATE 09-01-73 | 14. CIVIL SERVICE OR OTHER LEGAL AUTHORITY |
|---|---|---|---|

| 15. FROM: POSITION TITLE AND NUMBER 51-036    CONSULAR OFFICER VISA DE - | 16. PAY PLAN AND OCCUPATION CODE FO-93025 | 17. GRADE 07 | 18. SALARY PA$11,479.00 |
|---|---|---|---|

| 19. NAME AND LOCATION OF EMPLOYING OFFICE    DEPARTMENT OF STATE, WASHINGTON, D. C. 20520 |
|---|
| CIUDAD JUAREZ        MEXICO |

| 20. TO: POSITION TITLE AND NUMBER  DPL. CODE | 21. PAY PLAN AND OCCUPATION CODE  NEXT PSI DUE | 22. GRADE | 23. SALARY    WORK SCHED. |
|---|---|---|---|

| 24. NAME AND LOCATION OF EMPLOYING OFFICE    DEPARTMENT OF STATE, WASHINGTON, D.C. 20520 |
|---|

| 25. DUTY STATION (City-County-State) CIUDAD JUAREZ        MEXICO | | 26. LOCATION CODE MX1150000 |
|---|---|---|
| 27. APPROPRIATION 0113.0-2081-312802-000 | 28. POSITION OCCUPIED 1 - COMPETITIVE  2 - EXCEPTED SERVICE | 29. APPORTIONED POSITION FROM:  TO:  TX  STATE 1 - PROVED - 1  2 - WAIVED - 2 |

30. REMARKS:    A. SUBJECT TO COMPLETION OF 1    YEAR PROBATIONARY (OR TRIAL) PERIOD COMMENCING _____

B. SERVICE COUNTING TOWARD CAREER (OR PERMANENT) TENURE FROM: _____

SEPARATIONS: SHOW REASON BELOW, AS REQUIRED.    CHECK IF APPLICABLE:    C. DURING PROBATION    D. FROM APPOINTMENT OF 6 MONTHS OR LESS

This action is subject to all applicable laws, rules and regulations and may be subject to investigation and approval by the United States Civil Service Commission or the Department. This action may be corrected or canceled if not in accordance with all requirements.
The grade of the position to which you are officially assigned may be reviewed and corrected by the Department or by the Civil Service Commission.

| 31. DATE OF APPOINTMENT AFFIDAVIT (Accessions only) | 34. SIGNATURE (Or other authentication) AND TITLE |
|---|---|
| 32. OFFICE MAINTAINING PERSONNEL FOLDER (If different from employing office) | DIRECTOR GENERAL |
| 33. CODE EMPLOYING DEPARTMENT OR AGENCY  DEPARTMENT OF STATE  ST00 | 35. DATE 09-04-73    SUBMITTING OFFICE NO. 2951 |

2        PERSONNEL FOLDER

11-63    DS-1032
(Exception to SF 50 approved by
CSC and B of B. July 1962)
Case 1:08-cv-00888-UNA    NOTIFICATION OF PERSONNEL ACTION    05/27/2008    Page 68 of 68

SERVICE

**FS**

| 1. NAME (CAPS) LAST-FIRST-MIDDLE | MR.-MISS-MRS. | 2. EMPLOYEE NO. & SEX | 3. BIRTH DATE (Mo. Da. Yr.) | 4. SOCIAL SECURITY NO. |
|---|---|---|---|---|
| HENDERSON, DAVID ELLIS | MR. | 261840 M | 10-23-46 | 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 |

| 5. VETERAN PREFERENCE | 6. TENURE | CODE | 7. SERVICE COMP. DATE | 8. PHYSICAL HANDICAP NO. |
|---|---|---|---|---|
| 1 — NO    3 — 10 PT. DISAB.    5 — 10 PT. OTHER | (1) | 01 | 09-01-69 | |
| 2 — 5 PT.    4 — 10 PT. COMP. | | | | |

**1**

| 9. FEGLI | 10. RETIREMENT | 10A. MO. & YR. OF GRADE | 11. (For CSC use) |
|---|---|---|---|
| 1 — COVERED    2 — INELIGIBLE    3 — WAIVER | 3    1 — CS    4 — NONE    3 — FS    5 — OTHER    2 — FICA | 10-72 | |

**3**

| 12. NATURE OF ACTION  CORRECTION | 13. EFFECTIVE DATE | 14. CIVIL SERVICE OR OTHER LEGAL AUTHORITY |
|---|---|---|
| 602  LEAVE WITHOUT PAY NTE | | |
| 460  CODE    08-24-74 | 08-25-73 | |

| 15. FROM: POSITION TITLE AND NUMBER | 16. PAY PLAN AND OCCUPATION CODE | 17. GRADE | 18. SALARY |
|---|---|---|---|
| 31-036 CONSULAR OFFICER VISA | FO-93025 | 07 | PA$11,479.00 |

| 19. NAME AND LOCATION OF EMPLOYING OFFICE    DEPARTMENT OF STATE, WASHINGTON, D. C. 20520 |
|---|
| CIUDAD JUAREZ,    MEXICO |

| 20. TO: POSITION TITLE AND NUMBER | 21. PAY PLAN AND OCCUPATION CODE | 22. GRADE | 23. SALARY | WORK SCHED. |
|---|---|---|---|---|
| DPL. CODE | NEXT PSI DUE | | | |

| 24. NAME AND LOCATION OF EMPLOYING OFFICE    DEPARTMENT OF STATE, WASHINGTON, D. C. 20520 |
|---|

| 25. DUTY STATION (City-County-State) | | 26. LOCATION CODE |
|---|---|---|
| CIUDAD, JUAREZ    MEXICO | | MX1150000 |

| 27. APPROPRIATION | 28. POSITION OCCUPIED | 29. APPORTIONED POSITION | |
|---|---|---|---|
| 0113.0-2081-312802-000 | 1 — COMPETITIVE    2 — EXCEPTED SERVICE | FROM:    1 — PROVED - 1    2 — WAIVED - 2 | TO:    STATE |

| 30. REMARKS: | A. SUBJECT TO COMPLETION OF 1 _____ YEAR PROBATIONARY (OR TRIAL) PERIOD COMMENCING _____ |
|---|---|

B. SERVICE COUNTING TOWARD CAREER (OR PERMANENT) TENURE FROM: _____

SEPARATIONS: SHOW REASON BELOW, AS REQUIRED.    CHECK IF APPLICABLE:    C. DURING PROBATION    D. FROM APPOINTMENT OF 6 MONTHS OR LESS

This action is subject to all applicable laws, rules and regulations and may be subject to investigation and approval by the United States Civil Service Commission or the Department. This action may be corrected or cancelled if not in accordance with all requirements.
The grade of the position to which you are officially assigned may be reviewed and corrected by the Department or by the Civil Service Commission.

**THIS CORRECTS DS-1032 F.S. JOURNAL DATED 09-05-73, ITEM 12 WHICH READ:
NTE 09-01-74 AND ITEM 13 WHICH READ: 09-01-73.**

| 31. DATE OF APPOINTMENT AFFIDAVIT (Accessions only) | 34. SIGNATURE (Or other authentication) AND TITLE |
|---|---|
| 32. OFFICE MAINTAINING PERSONNEL FOLDER (If different from employing office) | |
| 33. CODE EMPLOYING DEPARTMENT OR AGENCY | 35. DATE |
| XX DEPARTMENT OF STATE | 06-3-74 |
| ST00 | |

DIRECTOR GENERAL
SUBMITTING OFFICE NO. 2951