UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 2 7 2008
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| DAVID E. HENDERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08 0888 |
| ) | |
| BRIDGET R. MUGANE, ) | |
| ) | |
| Defendant. ) | |

TRANSFER ORDER

The plaintiff, who resides in Texas, has filed a *pro se* complaint and application to proceed *in forma pauperis*. Plaintiff is alleges that the defendant, who has an address in Maryland, is his former counsel who has withheld from him documents he needs in order to apply for retroactive medical retirement from his former employer, the U.S. Department of State. (Compl. at 2.) He seeks compensatory, punitive, and RICO treble damages. (*Id.* at 3.)

The allegations in the complaint do not suggest that the events giving rise to the claims occurred in the District of Columbia; thus, venue here is not proper. See 28 U.S.C. § 1391(b) (designating the proper venue as the location where the all the defendants are located, or where where a substantial part of the events occurred). The Court finds it in the interests of justice and judicial economy to transfer the case. Accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 1406(a), this action is hereby TRANSFERRED to the United States District Court for the District of Maryland. The Clerk of this Court shall file and docket the complaint. Whether plaintiff should be permitted to proceed *in forma pauperis* is a determination to be made by the transferee court.

Date: 5/9/08

/s/ Paul L. Friedman
United States District Judge